**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF CALIFORNIA,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *and* LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Defendants.* | Case No. 1:26-cv-02185-BAH |

**PLAINTIFF'S MOTION FOR
A PRELIMINARY INJUNCTION OR STAY UNDER 5 U.S.C. § 705**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1(c), Plaintiff State of California moves for a preliminary injunction or stay under 5 U.S.C. § 705 to restore the status quo that existed, for years, before Defendants United States Environmental Protection Agency (EPA) and EPA Administrator Lee Zeldin attempted to reclassify into "rules" four Clean Air Act preemption waivers that were granted to California, years ago, as adjudicatory "orders." Defendants took those actions without notice, process, or justification, and have acted on their reclassifications by submitting the waivers to Congress as "rules."

As set forth more fully in the supporting Memorandum of Law, expedition is essential because the State is already experiencing irreparable injury and because EPA took these actions to facilitate *additional* actions that will further harm California. Pursuant to Local Civil Rule

1

65.1(d), California seeks a hearing and order on this motion before those additional actions may occur, and respectfully requests a hearing no later than July 16, 2026.

For the reasons stated in the accompanying memorandum, Plaintiff California is likely to succeed on its claims, and the remaining factors—irreparable harm, balance of the equities, and the public interest—all weigh heavily in its favor. California therefore respectfully requests that the Court grant its motion and issue preliminary injunction or stay under 5 U.S.C. § 705 to restore the status quo that existed before the challenged actions. The grounds for this motion are set forth more fully in the accompanying Memorandum of Law, as well as the declaration of M. Elaine Meckenstock, and exhibits attached thereto, and the declaration of Austin Hicks, filed concurrently with this motion.

Plaintiff's counsel is not yet aware of who Defendants' counsel in this action will be, and have thus been unable to meet and confer regarding this motion. *See* Local Civ. R. 7(m). Plaintiffs are in the process of serving this motion consistent with the Federal Rules of Civil Procedure. Once counsel is identified, Plaintiff's counsel is prepared to meet and confer with counsel for Defendants, if the Court so directs, to attempt to agree on a briefing schedule.

A proposed order is submitted with this motion.

Dated:  June 25, 2026

Respectfully Submitted,

ROB BONTA
Attorney General of California
MYUNG PARK
DAVID ZAFT
Supervising Deputy Attorneys General


*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
NATALIE COLLINS
KATHERINE GAUMOND
*Deputy Attorneys General*
Office of the Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 879-0299
Email: Elaine.Meckenstock@doj.ca.gov


*Counsel for Plaintiff State of California*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on June 25, 2026, the foregoing Motion for a Preliminary Injunction or Stay Under 5 U.S.C. § 705 and all accompanying materials were filed through the Court's CM/ECF system and will be served via Certified Mail to the following:

U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Lee Zeldin, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street
Washington, DC 20530

Todd Blanche
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

/s/ M. Elaine Meckenstock
M. ELAINE MECKENSTOCK (CA STATE BAR
NO. 268861)

*Counsel for Plaintiff State of California*

4