**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *and* LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>    *Defendants.* | Case No.: 1:26-cv-02185-BAH |

**DECLARATION OF M. ELAINE MECKENSTOCK**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OR**
**STAY UNDER 5 U.S.C. § 705**

I, M. Elaine Meckenstock, hereby declare:

1.    All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2.    I am an attorney with the California Attorney General's Office, counsel for Plaintiffs in the above-captioned matter, and certified to practice in this court as a government attorney.

3.    I provide this declaration in support of Plaintiff's Motion for Preliminary Injunction or Stay Under 5 U.S.C. § 705.

4.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the California Air Resources Board (CARB) document titled *2022 State Strategy for the State*

1

*Implementation Plan.* Exhibit 1 is publicly available at, and on March 9, 2026, was downloaded and excerpted from: https://ww2.arb.ca.gov/sites/default/files/2022-08/2022_State_SIP_Strategy.pdf.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the CARB document titled *Revised Proposed 2016 State Strategy for the State Implementation Plan.* Exhibit 2 is publicly available at, and on March 9, 2026, was downloaded and excerpted from: https://ww2.arb.ca.gov/sites/default/files/classic/planning/sip/2016sip/rev2016statesip.pdf.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of the report, updated on October 22, 2024, by the Congressional Research Service (CRS) at Report No. R45248, titled *The Congressional Review Act: Determining Which "Rules" Must Be Submitted to Congress.* Exhibit 3 is publicly available at, and on May 26, 2026, was downloaded from: https://www.congress.gov/crs-product/R45248.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of the decision issued on November 30, 2023, by the Government Accountability Office (GAO) at Document No. B-334309, titled *Environmental Protection Agency—Applicability of the Congressional Review Act to Notice of Decision on Clean Air Act Waiver of Preemption.* Exhibit 4 is publicly available at, and on May 26, 2026, was downloaded from: https://www.gao.gov/assets/870/863746.pdf.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of U.S. Senator Mike Lee's one-pager webpage regarding the Stop CARB Act. Exhibit 5 is publicly available at: https://perma.cc/LNG5-45AW. It was downloaded on May 26, 2026.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of a press release by U.S. Representative Troy E. Nehls dated September 12, 2024. Exhibit 6 is publicly available at, and on May 27, 2026, was downloaded from: https://nehls.house.gov/media/press-releases/rep-troy-e-nehls-introduces-stop-carb-act.

10.      Attached hereto as **Exhibit 7** is a true and correct copy of the press release by EPA dated February 14, 2025, titled *Trump EPA to Transmit California Waivers to Congress in Accordance with Statutory Reporting Requirements.* Exhibit 7 is publicly available at, and on

May 26, 2026, was downloaded from: https://www.epa.gov/newsreleases/trump-epa-transmit-california-waivers-congress-accordance-statutory-reporting.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of Boyden Gray PLLC's webpage regarding a Wall Street Journal op-ed written by Boyden Gray Partners Michael Buschbacher and James Conde. Exhibit 8 is publicly available at, and on May 26, 2026, was downloaded from: https://boydengray.com/buschbacher-conde-discuss-how-to-overturn-cas-ev-mandate-in-the-wall-street-journal/.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of Boyden Gray PLLC's webpage, "Congress Acts on Boyden Gray Idea to Repeal the EV Mandate," written by Boyden Gray Staff and dated May 22, 2025. Exhibit 9 is publicly available at, and on May 27, 2026, was downloaded from: https://boydengray.com/congress-acts-on-boyden-gray-idea-to-repeal-the-ev-mandate/.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of the decision issued on May 6, 2025, by the GAO at Document No. B-337179, titled *Observations Regarding the Environmental Protection Agency's Submission of Notices of Decision on Clean Air Act Preemption Waivers as Rules Under the Congressional Review Act.* Exhibit 10 is publicly available at, and on May 26, 2026, was downloaded from: https://www.gao.gov/products/b-337179.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of EPA transmissions EC00439, EC00440, and EC00441 to the President of the U.S. Senate dated February 19, 2025, attached as Exhibit F to the Petition for Review in *California v. EPA*, Case No. 25-5071 (9th Cir. filed Aug. 11, 2025), Dkt. 7. Exhibit 11 was downloaded from the public docket on May 30, 2026.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of the report, updated on November 12, 2021, by CRS at Report No. R43992, titled *The Congressional Review Act (CRA): Frequently Asked Questions.* Exhibit 12 is publicly available at, and on May 26, 2026, was downloaded from: https://www.understandingcongress.org/wp-content/uploads/2024/05/CRS-

report-Congressional-Review-Act.pdf.

16. Attached hereto as **Exhibit 13** is a true and correct copy of the New York Times article titled *Republican Plan to Kill California's E.V. Policies Hits Senate Snag* by Lisa Friedman, published on April 4, 2025. Exhibit 13 is publicly available at, and on May 26, 2026, was downloaded from: https://www.nytimes.com/2025/04/04/climate/california-ev-waiver-senate-html.

17. Attached hereto as **Exhibit 14** is a true and correct copy of a press release by U.S. Senator Alex Padilla dated April 4, 2025. Exhibit 14 is publicly available at, and on May 26, 2026, was downloaded from: https://www.padilla.senate.gov/newsroom/press-releases/padilla-schiff-whitehouse-welcome-senate-parliamentarians-reaffirmation-that-californias-clean-air-act-waivers-not-subject-to-congressional-review-act/.

18. Attached hereto as **Exhibit 15** is a true and correct copy of a social media post made on x.com by X user EPW Republicans, handle @EPWGOP, on February 14, 2025. Exhibit 15 is publicly available at: https://perma.cc/5WMM-DQVJ. It was downloaded on May 27, 2026.

19. Attached hereto as **Exhibit 16** is a true and correct copy of the Times of San Diego article titled *Republicans in Congress Are Preparing to Break Decades of Precedent to Block Climate Policy* by Anna Kramer, published on February 27, 2025. Exhibit 16 is publicly available at, and on May 26, 2026, was downloaded from:

https://timesofsandiego.com/politics/2025/02/27/republicans-in-congress-are-preparing-to-break-decades-of-precedent-to-block-climate-policy/.

20. Attached hereto as **Exhibit 17** is a true and correct copy of the E&E News Article the E&E News article titled *House plows ahead with assault on California EPA waivers* by Kelsey Brugger et al., published on April 4, 2025, 2025. Exhibit 17 is publicly available at, and on May 26, 2026, was downloaded from: https://www.politico.com/newsletters/california-climate/2025/03/20/theres-hope-for-the-waivers-still-00242123.

21. Attached hereto as **Exhibit 18** is a true and correct copy of the Politico article, titled *There's hope for the waivers still* by Alex Nieves, published on March 20, 2025. Exhibit 18

4

is publicly available at, and on May 30, 2026, was downloaded from:

https://www.politico.com/newsletters/california-climate/2025/03/20/theres-hope-for-the-waivers-still-00242123.

22.    Attached hereto as **Exhibit 19** is a true and correct copy of a press release by House Committee on Energy and Commerce, dated April 3, 2025. Exhibit 19 is publicly available at, and on May 26, 2026, was downloaded from:

https://energycommerce.house.gov/posts/chairman-guthrie-vice-chairman-joyce-and-energy-and-commerce-republicans-introduce-legislation-to-stop-california-ev-mandates.

23.    Attached hereto as **Exhibit 20** is a true and correct copy of the Salon article titled *The Senate Parliamentarian Could Block Some of Trump's Agenda—and Be a Scapegoat for Republicans* by Russell Payne, published on January 9, 2025. Exhibit 20 is publicly available at, and on May 26, 2026, was downloaded from: https://www.salon.com/2025/01/09/the-senate-parliamentarian-could-block-some-of-agenda-and-be-a-scapegoat-for/.

24.    Attached hereto as **Exhibit 21** is a true and correct copy of the press release by EPA dated June 12, 2025, titled *EPA Administrator Zeldin Celebrates President Trump Officially Ending California's Vehicle Waivers, Delivering Another Major Blow to the EV Mandate.* Exhibit 21 is publicly available at, and on June 19, 2026, was downloaded from: https://www.epa.gov/newsreleases/epa-administrator-zeldin-celebrates-president-trump-officially-ending-californias.

25.    Attached hereto as **Exhibit 22** is a true and correct copy of the press release by EPA dated June 12, 2026, titled *EPA Fulfills Statutory Obligation by Transmitting Four California Waiver Rules to Congress.* Exhibit 22 is publicly available at, and on June 19, 2026, was downloaded from: https://www.epa.gov/newsreleases/epa-fulfills-statutory-obligation-transmitting-four-california-waiver-rules-congress.

26.    Attached hereto as **Exhibit 23** is a true and correct copy of the E&E News Article titled *EPA incites another Hill fight over California waivers* by Alex Guillén, published on June 15, 2026. Exhibit 23 is publicly available at, and on May 21, 2026, was downloaded from:

https://subscriber.politicopro.com/article/eenews/2026/06/15/epa-incites-another-hill-fight-over-california-waivers-00961586.

27.    Attached hereto as **Exhibit 24** is a true and correct copy of EPA's Motion for an Extension of the Deadline to File the Answering Brief, Or, in the Alternative, to Hold This Case in Abeyance filed in *Outdoor Power Equipment Institute v. U.S. EPA*, Case. No. 25-881 (9th Cir. filed May 14, 2026), Dkt. 82.1. Exhibit 24 was downloaded from the public docket on June 23, 2026.

28.    Attached hereto as **Exhibit 25** is a true and correct copy of EPA's Motion for Abeyance filed in *Ohio v. U.S. EPA*, Case No. 22-1081 (D.C. Cir. filed March 16, 2026), Document No. 2163655. Exhibit 25 was downloaded from the public docket on June 23, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2026.

Oakland, California

*/s/M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Counsel for Plaintiff State of California*

6