**Meckenstock Declaration Exhibit Index**

| Ex No. | Description |
|---|---|

**Ex No.**      **Description**

1.      Excerpts of the California Air Resources Board (CARB) document titled *2022 State Strategy for the State Implementation Plan*

2.      Excerpts of the CARB document titled *Revised Proposed 2016 State Strategy for the State Implementation Plan*

3.      Report by the Congressional Research Service (CRS) (No. R45248), titled *The Congressional Review Act: Determining Which "Rules" Must Be Submitted to Congress*

4.      Decision issued on November 30, 2023, by the Government Accountability Office (GAO) (Document No. B-334309), titled *Environmental Protection Agency—Applicability of the Congressional Review Act to Notice of Decision on Clean Air Act Waiver of Preemption*

5.      U.S. Senator Mike Lee's one-pager webpage regarding the Stop CARB Act

6.      Press release by U.S. Representative E. Nehls dated September 12, 2024

7.      Press release by EPA dated February 14, 2025, titled *Trump EPA to Transmit California Waivers to Congress in Accordance with Statutory Reporting Requirements*

8.      Boyden Gray PLLC's webpage regarding a Wall Street Journal op-ed written by Boyden Gray Partners Michael Bushbacher and James Conde

9.      Boyden Gray PLLC's webpage, "Congress Acts on Boyden Gray Idea to Repeal the EV Mandate," written by Boyuden Gray Staff and dated May 22, 2025

10.     Decision issued on May 6, 2025, by the GAO at Document No. B-337179, titled *Observations Regarding the Environmental Protection Agency's Submission of Notices of Decision on Clean Air Act Preemption Waivers as Rules Under the Congressional Review Act*

11.     EPA transmissions EC00439, EC00440, and EC00441 to the President of the U.S. Senate dated February 19, 2025

12.     Report, updated on November 12, 2021, by CRS (No. R43992), titled *The Congressional review Act (CRA): Frequently Asked Questions*

1

13.    New York Times article titled *Republican Plan to Kill California's E.V. Policies Hits Senate Snag* by Lisa Friedman, published on April 4, 2025

14.    Press release by U.S. Senator Alex Padilla dated April 4, 2025

15.    Social media post made on x.com by X user EPW Republicans, handle @EPWGOP, on February 14, 2025

16.    Times of San Diego article titled *Republicans in Congress are Preparing to Break Decades of Precedent to Block Climate Policy* by Anna Kramer, published on February 27, 2025

17.    E&E News Article titled *House plows ahead with assault on California EPA waivers* by Kelsey Brugger et al., published on April 4, 2025

18.    Politico article, titled *There's hope for the waivers still* by Alex Nieves, published on March 20, 2025

19.    Press release by House Committee on Energy and Commerce, dated April 3, 2025

20.    Salon article titled *The Senate Parliamentarian Could Block Some of Trump's Agenda—and Be a Scapegoat for Republicans* by Russell Payne, published on January 9, 2025

21.    Press release by EPA dated June 12, 2025, titled *EPA Administrator Zeldin Celebrates President Trump Officially Ending California's Vehicle Waivers, Delivering Another Major Blow to the EV Mandate*

22.    Press release by EPA dated June 12, 2026, titled *EPA Fulfills Statutory Obligation by Transmitting Four California Waiver Rules to Congress*

23.    E&E News Article titled *EPA incites another Hill fight over California waivers* by Alex Guillén, published on June 15, 2026

24.    EPA's Motion for an Extension of the Deadline to File the Answering Brief, Or, in the Alternative, to Hold This Case in Abeyance filed in *Outdoor Power Equipment Institute v. U.S. EPA*, Case No. 25-881 (9th Cir. filed May 14, 2026), Dkt. 82.1

25.    EPA's Motion for Abeyance filed in *Ohio v. U.S. EPA*, Case No. 22-1081 (D.C. Cir. Filed March 16, 2026), Document No. 2163655

2