**EXHIBIT 2**

**Case No. 1:26-cv-02185-BAH**

Air Resources Board

# Revised

# Proposed 2016 State Strategy for the State Implementation Plan

**March 7, 2017**

California Environmental Protection Agency

**Air Resources Board**

This document has been reviewed by the staff of the California Air Resources Board and approved for publication.  Approval does not signify that the contents necessarily reflect the views and policies of the Air Resources Board, nor does the mention of trade names or commercial products constitute endorsement or recommendation for use.

Electronic copies from this document are available for download from the Air Resources Board's Internet site at: http://www.arb.ca.gov/planning/sip/sip.htm.
In addition, written copies may be obtained from the Public Information Office, Air Resources Board, 1001 I Street, 1st Floor, Visitors and Environmental Services Center, Sacramento, California 95814, (916) 322-2990.

For individuals with sensory disabilities, this document is available in Braille, large print, audiocassette or computer disk.  Please contact ARB's Disability Coordinator at (916) 323-4916 by voice or through the California Relay Services at 711, to place your request for disability services.  If you are a person with limited English and would like to request interpreter services, please contact ARB's Bilingual Manager at (916) 323-7053.

**For questions, contact:**

Carol Sutkus, Manager
South Coast Air Quality Planning Section
Air Resources Board
P.O. Box 2815
Sacramento, California 95812

Phone:  (916) 322-1229
Email: carol.sutkus@arb.ca.gov

**OR**

Kirsten King Cayabyab, Air Pollution Specialist
South Coast Air Quality Planning Section

Phone:  (916) 322-3531
Email: kirsten.cayabyab@arb.ca.gov

# TABLE OF CONTENTS

**Preface** ........................................................................................................ 1

   Overview ...................................................................................................... 1

   Progress on Implementation......................................................................... 2

   Updates to Proposed Measures ................................................................... 5

**Chapter 1:  Introduction**.............................................................................. 7

   Overview of Strategy ................................................................................... 7

   Blueprint for Success................................................................................... 9

   Proposed Actions ...................................................................................... 11

   Public Health Benefits ............................................................................... 15

   Economic and Environmental Analyses .................................................... 16

   Next Steps ................................................................................................. 18

**Chapter 2:  Nonattainment Areas and Emission Reduction Needs** ....... 20

   Clean Air Act Requirements ...................................................................... 20

   Nonattainment Areas................................................................................. 21

   Emission Reduction Needs ........................................................................ 22

**Chapter 3:  Proposed SIP Commitment** ...................................................... 26

   Overview of Commitment ........................................................................... 26

   South Coast Commitment .......................................................................... 29

   San Joaquin Valley Commitment............................................................... 33

   Statewide Emission Reductions ................................................................ 35

   Actions to Implement the Further Deployment of Cleaner Technology
   Measures................................................................................................... 37

**Chapter 4:  State SIP Measures**................................................................... 48

   Proposed Measures: On-Road Light-Duty Vehicles ........................................ 48

   Proposed Measures: On-Road Heavy-Duty Vehicles....................................... 59

   Proposed Measures: Off-Road Federal and International Sources ................... 87

   Proposed Measures: Off-Road Equipment...................................................... 103

   Proposed Measures: Consumer Products....................................................... 126

# TABLES IN DOCUMENT

Table 1:     Ozone Nonattainment Areas......................................................................... 21

Table 2:     Proposed New SIP Measures and Schedule ............................................ 28

Table 3:     South Coast Mobile Source Emission Reductions .................................... 30

Table 4:     South Coast Expected Emission Reductions ............................................ 32

Table 5:     San Joaquin Valley Expected Emission Reductions ................................. 34

Table 6:     Statewide Expected Emission Reductions ................................................. 36

Table 7:     Summary of On-Road Light-Duty Vehicle Control Measures ................... 49

Table 8:     Summary of On-Road Heavy-Duty Vehicle Control Measures ................ 60

Table 9:     Estimated PM2.5 Emission Benefits from Proposed Amendments
             to the Periodic Smoke Inspection Program and the Heavy-Duty
             Vehicle Inspection Program   .................................................................. 63

Table 10:    Summary of Off-Road Federal and International Sources
             Control Measures .................................................................................. 87

Table 11:    Summary of Off-Road Equipment Control Measures ............................. 104

Table 12:    Summary of Consumer Products Program ............................................. 126

# FIGURES IN THE DOCUMENT

Figure 1:     A Mobile Source Strategy for Achieving Multiple Goals ............................ 9

Figure 2:     On-Road Light-Duty Vehicles NOx Emissions ........................................ 11

Figure 3:     On-Road Heavy-Duty Vehicles NOx Emissions....................................... 11

Figure 4:     South Coast Ozone Severity Progress since 1990 ................................. 23

Figure 5:     NOx Emission Reductions in South Coast................................................ 37

# APPENDICES

Appendix A:   Economic Analysis for the Revised Proposed 2016 State Strategy for the State
              Implementation Plan

Appendix B:   Final Environmental Analysis for the Revised Proposed 2016 State Strategy for
              the State Implementation Plan

# Chapter 1: Introduction

## Overview of Strategy

The State SIP Strategy describes ARB staff's proposed strategy to attain health-based federal air quality standards over the next fifteen years as part of nonattainment area SIPs.  Under State law, ARB has the responsibility to develop SIP strategies for cars, trucks and other mobile sources, as well as consumer products.  Local air districts are primarily responsible for controlling emissions from stationary sources.  The upcoming SIPs consist of a combination of State and local air quality planning documents that must show how California will meet federal air quality standards for both ozone and PM2.5. Given recent revisions to air quality standards that have established lower, more health protective levels, substantial reductions from both mobile and stationary sources will be necessary to reach attainment.  This will require comprehensive actions to transform the technologies and fuels we use, the design of our communities, and the way we move people and freight throughout the State.

Statewide, about 12 million Californians live in communities that exceed the federal ozone and PM2.5 standards.  Two areas of the State have the most critical air quality challenges – the South Coast and the San Joaquin Valley.  These regions are the only two areas in the nation with an Extreme classification for the federal ozone standard, and also record some of the nation's highest PM2.5 levels.  As a result of ongoing control programs, considerable air quality progress has occurred in both areas.  Twenty-five years ago, the federal 8-hour ozone standard of 75 parts per billion (ppb) was violated across the entire South Coast and San Joaquin Valley.  Peak ozone levels were more than twice the standard in the South Coast, and 50 percent above the standard in the Valley.  Today, significant portions of both regions meet the standard and peak ozone concentrations in the South Coast are within 40 percent of the standard.  Moreover, peak levels in the Valley are now within 25 percent of the standard, and the region is on track to meet federal ozone standards based on the ongoing benefits of the current control program.

The South Coast also continues to see steady progress towards meeting the federal annual average PM2.5 standard, with concentrations declining over 50 percent since 2000.  Annual PM2.5 levels in the Valley have decreased approximately 20 percent over that same time period, but progress has been interrupted in recent years as a result of weather conditions associated with the drought.  The State's largest air quality challenges are therefore meeting ozone standards in the South Coast over the next fifteen years, and PM2.5 standards in the San Joaquin.

The scope and timing of emission reductions required to meet ozone standards in the South Coast, and PM2.5 standards in the San Joaquin Valley, are thus key drivers for the measures proposed in this strategy. The health and economic impacts of exposure to elevated levels of ozone and PM2.5 in California are considerable; meeting the standards will pay substantial dividends in terms of reducing costs associated with emergency room visits and hospitalization, lost work and school days, and most critically, premature mortality. This year's SIPs are therefore an important step in bringing healthy air to all Californians.

On May 16, 2016, ARB staff released a draft Mobile Source Strategy,[5] which specifically outlines a coordinated suite of proposed actions to not only meet federal air quality standards, but also to achieve GHG emission reduction targets, reduce petroleum consumption, and decrease health risk from transportation emissions. Mobile sources – cars, trucks, and myriad off-road equipment – and the fossil fuels that power them are the largest contributors to the formation of ozone, PM2.5, toxic diesel particulate matter (diesel PM), and GHG emissions in California. The significant contribution of mobile sources, and the interconnected nature of strategies to meet California's goals, has fostered an integrated planning approach demonstrating the need for a comprehensive transformation to cleaner vehicle technologies, fuels, and energy sources.

The Mobile Source Strategy provides a framework for development of multiple planning efforts that are currently underway. These plans include regional SIPs described in this document, as well as the 2030 Target Scoping Plan Update, California's Sustainable Freight Action Plan, the Short-Lived Climate Pollutant Strategy, and implementation of Senate Bill 375, the Sustainable Communities and Climate Protection Act. Each plan draws from the Mobile Source Strategy by taking measures contained in the strategy to specify roadmaps for meeting climate and air quality targets and incorporate actions and policies necessary to meet individual program goals. The measures included in the State SIP Strategy represent the elements of the Mobile Source Strategy necessary to meet Clean Air Act requirements and to achieve the 80 percent reduction in smog-forming emissions needed for attainment in the South Coast.

---

[5] Mobile Source Strategy available at http://www.arb.ca.gov/planning/sip/2016sip/2016mobsrc.htm

**Figure 1: A Mobile Source Strategy for Achieving Multiple Goals**



The estimated mobile source emission reduction benefits are shown in Figure 1.  This includes an 80 percent reduction of smog-forming emissions and a 45 percent reduction in diesel PM from today's levels in the South Coast.  Statewide, the Mobile Source Strategy would also result in a 45 percent reduction in GHG emissions, and a 50 percent reduction in the consumption of petroleum based fuels.  These reductions will also accelerate ozone progress in the San Joaquin Valley, and provide a down payment on the mobile source reductions needed to meet PM2.5 standards.

Achieving these complementary goals will provide much needed public health protection for the millions of Californians that still breathe unhealthy air, and reduce exposure to air toxics in disadvantaged communities, especially in light of new information regarding the sensitivity of children to toxic emissions early in life.  Meeting California's greenhouse gas emission reduction targets is an essential part of the global action needed to slow global warming and achieve climate stabilization.  Finally, actions to meet California's public health and climate goals will reduce our dependence on petroleum and establish a more secure energy future.

## Blueprint for Success

ARB's current mobile source control programs have achieved tremendous success in reducing NOx emissions.  Ongoing implementation of these programs will result in substantial further reductions through 2031, providing a significant down payment for meeting air quality standards.  Nonetheless, significant further reductions will be

required.   Technology assessments identified the next generation of technologies and fuels now becoming available that will need to comprise California's transition to a cleaner, more efficient transportation system, and recent developments indicate that this transformation and integration of technology, systems, and fuels has already begun.

Zero-emission vehicle (ZEV) commercialization in the light-duty sector is well underway. New vehicle technologies are being rolled out to the public at an increasing pace. Longer-range battery electric vehicles are coming to market that are cost-competitive with gasoline fueled vehicles, fuel cell vehicles are now for sale, and battery costs are declining at faster rates than projected a few years ago.  Autonomous and connected vehicle technologies are being installed on an increasing number of new car models. This technology has the potential to deliver enormous gains in safety, while also reducing traffic congestion and improving fuel efficiency.   DC fast charging stations are expanding in California, a growing network of retail hydrogen stations is now available, and California is first in the nation to certify a station for retail hydrogen fuel sales.  In the heavy-duty market, zero-emission technologies are commercially available for some uses, and these technologies are increasingly being demonstrated in a range of applications.  We are also seeing growing market demand for increasingly clean renewable fuels, with formerly non-regulated entities such as airlines expressing interest in voluntarily opting into the renewable fuels market programs operated by ARB, thereby potentially expanding criteria and greenhouse gas emission reductions benefits from California programs beyond the borders of the State.

Systems are also becoming more efficient and individuals enjoy expanded travel choices.  Facilitated in part by sustainable communities strategies, individuals enjoy increased transportation options for personal mobility, with more choices available now than ever before, including car sharing, on-demand mobility services, increased transit options, and increased opportunities that facilitate safe and convenient options to bike or walk.  Coordinated regional planning is improving California's land use patterns and transportation policy in a way that reduces transportation-related emissions by reducing growth in vehicle miles travelled.  Greater system efficiencies, particularly in the freight sector, also provide opportunities for emission reductions, and may to help mitigate potential growth in freight activity in the State.  For example, automated shipping terminals, such as Middle Harbor at the Port of Long Beach and TraPac at the Port of Los Angeles are transforming freight movement in California.  ARB is also providing funding for the Green Omni Terminal Demonstration Project at the Port of Los Angeles, a public-private partnership that leverages private investments to demonstrate zero-emission drayage trucks and cargo handling equipment integrated into the full, day-to-day operations of a marine terminal system.[6]  These heavy-duty ZEV demonstration projects also provide public health benefits associated with reduced toxic air contaminant emissions, especially for disadvantaged communities located next to industrial facilities, freight transfer facilities, or along some of the State's businesses trade corridors.

---

[6] https://www.portoflosangeles.org/newsroom/2016_releases/news_052616_green_omni.asp

# Proposed Actions

The proposed SIP measures identify the regulatory and programmatic approaches necessary to deploy these cleaner technologies and fuels, and ensure sufficient penetration to meet air quality standards by deadlines established in the Clean Air Act. Together, these efforts will provide ARB's commitment to achieve all of the reductions necessary from the mobile sector to meet air quality standards.

For passenger vehicles, the State SIP Strategy includes actions to increase the penetration of plug-in hybrid electric vehicles (PHEVs) and ZEVs, including battery-electric and hydrogen fuel cell electric vehicles. For heavy-duty vehicles, the State SIP Strategy calls for combustion engine technology that is effectively 90 percent cleaner than today's standards. The State SIP Strategy also includes targeted introduction of zero-emission technologies in heavy-duty applications that are suited to early adoption of ZEV technologies. Actions to promote ZEVs in these applications are important to foster further technology development so they become suitable for broader use in the future.

Figures 2 and 3 highlight the reductions that will be achieved for passenger vehicles and trucks. Continued actions to set more stringent standards, coupled with programs to increase the penetration of those technologies into the fleet will reduce NOx emissions from passenger vehicles and trucks by 85 percent from today's levels in the South Coast.

Similar actions are proposed for off-road sources, with a focus on deployment of ZEV technologies in smaller equipment types such as forklifts and airport ground support equipment. A low-emission diesel standard builds upon ARB's existing fuels framework



**Figure 2: On-Road Light-Duty Vehicles**
NOx Emissions in the South Coast (tpd)

85% reduction

**Figure 3: On-Road Heavy-Duty Vehicles**
NOx Emissions in the South Coast (tpd)

85% reduction

11

by requiring that low-emission diesel fuels are used to achieve greater criteria pollutant reductions.  Finally, for sources that are primarily under federal jurisdiction, such as interstate trucks, locomotives, and ocean-going vessels, the strategy includes petitions calling for U.S. EPA action to provide the needed emission reductions from these sources by setting more stringent engine standards.  Strong federal and international action is critical as these sources represent an increasing portion of emissions in California.

Approximately 70 percent of the reductions needed to meet the ozone standard in the South Coast in 2031 would come from existing or proposed regulatory actions.  This includes ongoing implementation of the existing control program, combined with new regulatory measures identified in the State SIP Strategy.  The regulatory approach forms the basis of the strategy, and is critical to drive technology development and deployment of the cleanest near-zero and zero-emission technologies into the fleet.  The remaining 30 percent of reductions would come from additional efforts to enhance the deployment of these cleaner technologies through new incentive or new regulatory actions. These actions would be implemented through the Further Deployment measures, tailored for each mobile sector, that have been developed to provide further emission reductions from the deployment of cleaner technologies necessary to meet the South Coast's Extreme ozone nonattainment area needs.  Additionally, ongoing actions may also provide pathways for emission reductions for SIP needs, including actions to promote efficiency improvements in moving people and freight, and support for the use of advanced transportation technologies, such as intelligent transportation systems and autonomous vehicles.  The approaches contained in the Further Deployment measures include:

- Incentive programs to further accelerate technology penetration;
- Identification of additional regulatory approaches based on further technology assessments;
- Increased efficiency in moving people and freight;
- Use of emerging transportation technologies, such as intelligent transportation systems and autonomous and connected vehicles; and
- Further federal actions, including support for demonstration programs, and supporting policies to achieve reductions from sources under federal and international regulatory authority.

The specific combination of approaches to achieve reductions under these Further Deployment concepts will vary by source sector and the timing of needed reductions.  Further details regarding the approach for each sector and identification of technologies is available in the measure descriptions in Chapter 4.

To achieve the emission reductions from the Further Deployment measures included in the State SIP Strategy, the South Coast is also identifying mechanisms under its local authority to achieve emission reductions from mobile sources within the region.  These efforts will complement ARB's statewide actions, and will be included in the South Coast's AQMP.  Given the need for emission reductions, significant investments to

12

support incentive programs will be critical to accelerate the penetration of the cleanest technologies in both the South Coast and San Joaquin Valley.  ARB staff has been working with South Coast, San Joaquin Valley, and U.S. EPA to identify funding strategies and ensure appropriate mechanisms are in place for an approvable SIP.  Finally, The State SIP Strategy contains a measure to address reactive organic gas (ROG) emissions from consumer products, the largest source category of ROG emissions in the State.  As part of this measure staff may explore establishing emission limits for currently unregulated categories, and lowering limits for currently regulated categories.  To identify categories of consumer products for rulemaking, staff may consider both mass and reactivity of category emissions.

The proposed measures, in combination with ongoing implementation of the current control program, will reduce mobile source NOx emissions 80 percent from today's levels in the South Coast by 2031, as well as reduce ROG emissions by 70 percent, and PM2.5 emissions by over 20 percent.  While current control programs provide all of the reductions needed for meeting the 75 ppb ozone standard in the Valley, the measures in the SIP Strategy will enhance progress towards meeting the standard.  Overall, these actions will reduce NOx emissions in the Valley from today's levels 60 percent by 2025, increasing to 70 percent by 2031.  ARB is also continuing to work with the San Joaquin Valley Air District on development of an integrated strategy for meeting PM2.5 standards over the next decade.  The reductions identified above serve as a down payment on the reductions that will be necessary from the mobile sector, coupled with efforts to incentive-based measures to advance the deployment of cleaner technologies.

Implementing the State SIP Strategy will require early and sustained action, and include efforts not only by ARB, but also air districts, the Bureau of Automotive Repair (BAR), U.S. EPA, and other international agencies.  Partnerships with the private sector will also be critical for continued market development of identified technologies.  Lessons learned through implementing policies that have helped to drive the commercialization of passenger ZEV technologies have illustrated the importance of coupling regulatory market signals with targeted actions to support demonstrations and incentives to accelerate their penetration when commercially available.  Pilot and demonstration projects can help to prove the feasibility of new technologies in real-world applications, reducing barriers to entering the market, and potentially increasing private sector investments.  To accelerate penetration once commercially available, targeted incentives play a critical role in reducing barriers to future market growth by ensuring that the needed near-zero and zero-emission technologies are able to economically compete with existing technologies.  While significant investments will be necessary, California has a long and successful legacy of building a world class economy in concert with innovative and effective environmental and public health policies.  Chapter 2 provides additional background on the emission reductions needed for attainment.  Chapter 3 specifies the State's enforceable SIP commitment, and Chapter 4 describes each of the proposed measures.



## Public Health Benefits

The health and economic impacts of exposure to elevated levels of ozone and PM2.5 in California are considerable.  Meeting the standards will pay substantial dividends in terms of reducing the economic burdens associated with emergency room visits and hospitalization, lost work and school days, and premature mortality.

Inhalation of ozone causes inflammation and irritation of the tissues lining human airways, causing and worsening a variety of symptoms.  It can reduce the volume of air that the lungs breathe in and cause shortness of breath.  Ozone in sufficient doses increases the permeability of lung cells, rendering them more susceptible to toxins and microorganisms.  The occurrence and severity of health effects from ozone exposure vary widely among individuals.  Research shows adults and children who spend more time outdoors participating in vigorous physical activities are at greater risk from the harmful health effects of ozone exposure.

With respect to PM2.5, studies have linked daily exposure with hospitalization for heart and lung related causes, as well as an increase in emergency room visits, exacerbation of asthma, and other respiratory diseases, such as chronic obstructive pulmonary disease, increased respiratory symptoms, and increased asthma medication use. Older adults and other individuals with pre-existing chronic heart or lung disease are at greatest risk of experiencing the most serious of the adverse effects related to PM2.5 exposure.  Most critically, exposure to PM2.5 and ozone has been estimated to contribute to approximately 7,500 premature deaths in California and millions globally, each year.

The actions contained in the State SIP Strategy will thus deliver broad environmental and public health benefits, as well as support much needed efforts to modernize and upgrade transportation infrastructure, enhance system-wide efficiency and mobility options, and promote clean economic growth in the mobile sector.  In addition to the primary criteria emission reduction benefits, implementation of measures in the State SIP Strategy will provide GHG and toxic diesel PM emission reduction benefits.

Diesel PM has a significant impact on California's population. It is estimated that about 70 percent of total known cancer risk related to air toxics in California is attributable to diesel PM.  Based on 2012 estimates of Statewide exposure, diesel PM is estimated to increase Statewide cancer risk by 520 cancers per million residents exposed over a lifetime.   Annual non-cancer health effects associated with exposure to diesel PM include an estimated 1,400 cases of cardiopulmonary death, approximately 220 cases of cardiovascular or respiratory hospitalization, and approximately 600 respiratory emergency room visits, including for asthma.[7]

---

[7] https://www.arb.ca.gov/research/diesel/diesel-health.htm

Although progress has been made over the past decade in reducing exposure to diesel exhaust, diesel PM still poses substantial risks to public health and the environment.  Reductions in diesel PM will further reduce Statewide cancer risk and non-cancer health effects, especially for residents living near major sources of diesel emissions such as ships, trains, and trucks operating in and around ports, rail yards, and heavily traveled roadways.

# Economic and Environmental Analyses

ARB staff has also assessed Statewide costs to affected industries and found the total direct cost of implementing the proposed strategy is approximately $64 billion over the lifetime of the program (2016 – 2031).  These economic impacts encompass the Statewide costs and cost-savings of all proposed measures under State and federal jurisdiction, which includes actions that affect: passenger vehicles; heavy-duty trucks; locomotives; commercial ships; ocean-going vessels; delivery trucks and equipment used in goods movement; construction and mining equipment; engine exhaust and evaporation; fuels; and consumer products.  It is important to note that the costs of this strategy also support multiple planning efforts, including California's 2030 Target Scoping Plan Update, the Short-Lived Climate Pollutant Plan, and the California Sustainable Freight Action Plan.  As such, investments in cleaner technologies and fuels as proposed in this strategy contribute to achieving multiple goals, in addition to air quality needs, including:

- GHG emission reduction targets being developed through the 2030 Target Scoping Plan Update process;
- Minimizing health risk from exposure to toxic air contaminants (TACs) while improving the efficiency and increasing the competitiveness of California's freight system while transitioning to zero-emission technologies;
- Reducing our petroleum use; and
- Increasing energy efficiency.

The proposed SIP measures are anticipated to deliver broad environmental benefits that include estimated Statewide emission reductions of 168 tons per day (tpd) of NOx, approximately 85 tpd ROG, 0.6 tpd PM2.5, and 20 million metric tons carbon dioxide equivalent (MMTCO$_2$e) in 2031.  The investments made to deploy cleaner technology vehicles, equipment, and fuels will provide significant social and health benefits (including fewer illnesses and reduced medical expenses, and fewer lost work and school days) for the millions of Californians that still breathe unhealthy air, and reducing exposure to air toxics in disadvantaged communities.  The actions also provide broad environmental benefits, and meeting California's GHG emission reduction targets is an essential part of the global action needed to slow global warming and achieve climate stabilization.  Finally, actions to meet California's public health and climate goals will reduce our dependence on petroleum and establish a more secure energy future.  These broad benefits, while potentially significant, are not quantified in this analysis.  The total Statewide costs represent costs incurred through 2031 as both near-term provisions and further deployment measures are implemented between 2016 and 2031.

Costs were quantified only for measures where emission reduction benefits have been quantified. The most affected industries are those engaged in the production, distribution, sales, and use of cars and trucks, goods movement, off-road equipment and engines, petroleum production, and consumer products. Further assessment of the socioeconomic impacts of the combined attainment strategies for both mobile and stationary sources will be conducted as part of regional SIPs.[8] In addition, focused analysis of costs and environmental impacts will be conducted as part of the regulatory development process for each individual measure. Further information on the costs and economic impacts are provided in Appendix A.

To evaluate the potential for significant adverse environmental impacts associated with implementation of the proposed State SIP Strategy, ARB prepared a Draft Environmental Analysis (Draft EA), pursuant to its regulatory program certified by the Secretary of the Natural Resources Agency.[9] In accordance with the Public Resources Code,[10] public agencies with certified regulatory programs are exempt from certain California Environmental Quality Act (CEQA) requirements, including but not limited to preparing environmental impact reports, negative declarations, and initial studies.[11] The resource areas from the CEQA Guidelines Environmental Checklist were used as a framework for assessing the potential for significant impacts.[12] The Draft EA was included as Appendix B to the Draft State SIP Strategy and was released for public review and comment in May 2016.[13] A docket was opened for a 60-day public review period, from May 17, 2016 through July 18, 2016.

Staff is in the process of summarizing and responding in writing to all comments submitted on the Draft EA in a response to environmental comments document.[14] Clarifications made to the proposed State SIP Strategy as a result of public comments do not require the addition of significant new information to the Draft EA. During the March 2017 Hearing, the Board will consider approval of the Revised Proposed 2016 State Strategy for the State Implementation Plan, the Final EA, staff's responses to environmental comments, and a CEQA Statement of Overriding Considerations. All final CEQA documents will be available at least ten days prior to Board consideration on the State SIP Strategy.

---

[8] The Socioeconomic Analysis of the South Coast AQMP is available at: http://www.aqmd.gov/home/library/clean-air-plans/air-quality-mgt-plan/socioeconomic-analysis
[9] 14 CCR 15251(d); 17 CCR 60000–60008
[10] Section 21080.5 of CEQA
[11] 14 CCR 15250
[12] 17 CCR 60005(b)
[13] The Draft EA is available at: http://www.arb.ca.gov/planning/sip/2016sip/2016sip.htm
[14] The Comment Log for the Proposed 2016 State SIP Strategy is available at: https://www.arb.ca.gov/lispub/comm/bccommlog.php?listname=statesip2016

# Next Steps

ARB staff will present the revised State SIP Strategy for Board consideration at the March 2017 Board meeting.  The Board will also consider the analysis of potential environmental impacts of the State SIP Strategy, which are analyzed in *Appendix B: The Final Environmental Analysis for the Proposed 2016 State Strategy for the State Implementation Plan*.

The measures included in the State SIP Strategy provide the basis for specific legal commitments in SIPs for individual air districts.  The districts' local plans are first considered at the regional level, and, upon local district board approval, and then considered by ARB prior to submittal to U.S. EPA.  For each individual air district, ARB considers the regional SIPs and individual SIP commitments prior to submitting the plans to U.S. EPA.

As part of this effort, ARB staff has been working closely with staff of the South Coast and San Joaquin Valley districts.  The South Coast District released an initial draft AQMP on June 30, 2016[15], which included local measures for stationary and area sources, and incorporated the ARB commitment to control emissions from mobile sources and consumer products proposed in this document.  The South Coast also released a Revised Draft AQMP on October 7, 2016[16] and a Draft Final AQMP in December 2016.[17]  The AQMP was approved by the District Board on March 3, 2017.  The ARB Board will be considering the South Coast AQMP during its March 2017 Hearing, subsequent to consideration of the State SIP Strategy document.  The San Joaquin Valley ozone SIP was adopted by the District Board in May 2016, with approval by ARB in July.  ARB and the San Joaquin Valley district are also working together on development of an integrated attainment strategy for meeting multiple PM2.5 standards over the next ten years.  As part of that process, ARB staff held a workshop on December 1, 2016 to discuss emission reduction needs, strategy approaches, and opportunities for early reductions.  The San Joaquin Valley Air District also held a workshop on December 7, 2016 to initiate the broader PM2.5 SIP development process.  This SIP will be considered by the ARB Board in fall 2017.

Moving forward, staff will also continue to initiate actions for the proposed measures, a number of which are slated for Board consideration in 2017.  Implementing the State SIP Strategy will require efforts not only by ARB, but also local air districts, U.S. EPA, and international agencies.  ARB staff is continuing to collaborate with the South Coast and the San Joaquin Valley on developing comprehensive funding plans to identify overall funding needs, and financing mechanisms.  To ensure that SIPs meet Clean Air

---

[15] The South Coast Draft 2016 AQMP (June 2016) is available at:
http://www.aqmd.gov/home/library/clean-air-plans/air-quality-mgt-plan/Draft2016AQMP
[16] The South Coast Revised Draft 2016 AQMP (October 2016) is available at:
http://www.aqmd.gov/home/library/clean-air-plans/air-quality-mgt-plan
[17] The South Coast Draft Final 216 AQMP (December 2016) is available at:
http://www.aqmd.gov/home/library/clean-air-plans/air-quality-mgt-plan/final-draft-2016-aqmp

Act requirements, ARB is also working with U.S. EPA to develop the appropriate programmatic structure to credit incentive-based measures.  Finally, ongoing coordination is also underway with other State partners to deploy the necessary infrastructure for advanced technologies and fueling systems.