**EXHIBIT 6**

**Case No. 1:26-cv-02185-BAH**

# Rep. Troy E. Nehls Introduces the Stop CARB Act

**WASHINGTON, D.C. —Congressman Troy E. Nehls (R-TX-22)** introduced the *Stop California from Advancing Regulatory Burden Act*, or the *Stop CARB Act*. **Senator Mike Lee** (R-UT) is leading the Senate companion to this legislation.

The California Air Resources Board (CARB) has used its waiver exemption from the *Clean Air Act (CAA)* to eliminate the sale, and eventually the use, of all gas-powered vehicles in the state of California. Most recently, CARB has targeted locomotive diesel engines by imposing an in-use locomotive rule that requires switching, industrial, and passenger locomotives to be zero-emissions by 2030 and freight line-haul locomotives to be emissions-free by 2035.

CARB has over 100 active waivers that set higher emissions standards than the Environmental Protection Agency (EPA), and none of them are subject to congressional review. The Clean Air Act allows for any state to adopt any or all of California's waivers if there are no changes. Currently, 17 states have adopted all of some of California's emissions standards.

The *Stop CARB Act* would repeal the waiver exemption for the state of California. This legislation would repeal Section 177 of the *CAA*, which allows other states across the nation to adopt the California emissions standards and would nullify any active or pending waivers, and clean up references to the waiver in other statute.

"California will not govern the great state of Texas," **said Congressman Nehls**. "The liberal state of California should not set egregious standards for the rest of the country. The *Stop CARB Act* will repeal the Harris-Biden's EPA's radical, out-of-touch use of CARB waivers, allowing other states to set their own standards and protecting consumer choice and our nation's supply chains. Hard-working Americans should not be burdened by the radical Left's climate agenda."

"California, through CARB, has taken its regulatory zeal too far," **said Senator Lee.** "By abusing the Clean Air Act's waiver provision, California is effectively legislating for the entire nation. This overreach is disrupting supply chains, resulting in higher costs for families, a reduction of consumer choice, and increased shipping expenses. Congress never intended for one state to dictate emissions policy for the entire country. The Stop CARB Act will ensure that California's regulatory reach stops at its own borders. We must restore balance and accountability to our regulatory system."

The *Stop CARB Act* is cosponsored by **Representatives Byron Donalds (R-FL-19)**, **Scott Perry (R-PA-10)**, **Eric Burlison (R-MO-07), Lauren Boebert (R-CO-03), Wesley Hunt (R-TX-38), Brian Babin (R-TX-36),** and **Randy Weber (R-TX-14)**.

1

"I am proud to be a cosponsor of Rep. Nehls' *Stop CARB Act of 2024*," **said Congressman Burlison**. "California should not be able to impose radical emission standards that have a nationwide impact on our supply chain. This bill will ensure liberal states cannot impose their agenda on the rest of the country and I am happy to join Rep. Nehls in this fight against radical left-wing nonsense."

The Stop CARB Act is endorsed by **Heritage Action**, **Americans For Prosperity (AFP)**, and the **American Short Line and Regional Railroad Association**.

"For years, California has used the Biden–Harris EPA to force the rest of the country to adhere to unrealistic, Green New Deal-style climate requirements. Americans are tired of one radical state dictating federal standards for the rest of us. With Sen. Lee's repeal of the EPA's use of CARB waivers, states would be able to maintain their autonomy and create their own regulations without the threat of economic retribution." - **Heritage Action**

"Americans deserve choice in the vehicle marketplace. 'Bidenomics' has distorted prices, increased inflation, and made energy more costly for the American consumer. The Stop California from Advancing Regulatory Burden Act keeps one state from dominating the automobile technology horizon for other states, a key tenant in exercising federalism. AFP is proud to support Senator Lee's legislation to restore regulatory balance in the EPA waiver process." **-Americans For Prosperity**

"In the short line railroad industry, CARB's proposed rule would force railroads to set aside funds to acquire locomotives that are not commercially available, not viable at-scale, and not affordable for these small businesses," **said Chuck Baker, the President of the American Short Line and Regional Railroad Association**. "It ignores and upends the fundamental business model of short line railroads and threatens the critical link in the supply chain we represent. Furthermore, the rule is illegal, pre-empted by federal law, and evades any effort to recognize how it will uniquely impact small businesses."

"We commend Senator Mike Lee for introducing legislation that will help defend against some of the most egregious attacks on consumer freedom and the economy," **said Daren Bakst, the Senior Fellow and Director of the Center for Energy and Environment, Competitive Enterprise Institute**. "Americans rely upon gas-powered cars to reliably and affordability meet their mobility needs. Americans rely on trains to get us the goods that make modern life possible. Yet one state, California, would like to kill off gas-powered cars and severely hinder supply chains, and it is possible that such actions would not only be allowed within the borders of California, but across the country."

Read the bill text of the *Stop CARB Act* HERE.

∎