**EXHIBIT 8**

**Case No. 1:26-cv-02185-BAH**

Case 1:26-cv-02185-BAH    Document 13-12    Filed 06/25/26    Page 2 of 2



 

# Buschbacher, Conde Discuss How to Overturn CA's EV Mandate in the Wall Street Journal

by Boyden Gray Staff | Jan 9, 2025 | James Conde, Michael Buschbacher, News

**Washington, D.C. –** When running for office, Kamala Harris promised she would "never tell you want kind of car you have to drive." That promise just went out the window as the Biden-Harris Environmental Protection Agency (EPA) greenlighted California Governor Gavin Newsom's ban on gas cars and rules that would kill diesel trucks.

Boyden Gray PLLC Partners Michael Buschbacher and James Conde break down what Biden, Harris, and Newsom are doing—and how the incoming Trump administration can stop it—in their latest *Wall Street Journal* op-ed.

According to Buschbacher and Conde, although federal law prohibits these kinds of state rules, "EPA decided to approve them anyway via waivers." Waivers take years to roll back through the administrative process, and ordinary legislation to overturn this EV mandate would have to overcome the 60-vote filibuster in the Senate. But there's a better option to overturn EPA's abusive waiver and protect the majority of Americans in both parties who reject EV mandates using the Congressional Review Act.

Take a read of Buschbacher and Conde's full piece to find out exactly what President Trump and Congress must do as soon as possible after the inauguration.

Copyright © 2025 Boyden Gray PLLC. The content of this website is provided for informational purposes only and does not constitute legal advice. Boyden Gray PLLC has no duty to keep confidential any information communicated to the firm by non-clients. Communicating with the firm does not establish an attorney-client relationship.