**EXHIBIT 9**

**Case No. 1:26-cv-02185-BAH**




# Congress Acts on Boyden Gray Idea to Repeal the EV Mandate

by Boyden Gray Staff | May 22, 2025 | Energy & Envrionment, James Conde, Michael Buschbacher, News

On Thursday, May 22, 2025, the Senate passed resolutions that invalidate three EPA waivers of Clean Air Act preemption that allow California and other states to enforce rules that would require more than a third of the country to rapidly transition to all-electric vehicles. Once signed by President Trump, the resolutions will put an immediate end to "the EV Mandate," as President Trump promised in his Day One Executive Order.

Boyden Gray PLLC partners Michael Buschbacher and James Conde first laid out the path for congressional review in an op-ed published in the Wall Street Journal on January 8, 2025, with later essays posted on the Yale Law Journal Notice and Comment Blog explaining why the waivers fall squarely within the Congressional Review Act's purview. Just as important, Buschbacher and Conde explained that, under the Congressional Review Act, once an agency submits its action to Congress for review, Congress may pass a resolution disapproving the action regardless of whether the Government Accountability Office (GAO) thinks the agency was required to submit the action for review or not. That is because the Congressional Review Act does not give the GAO any power. Congress can use the GAO informally to help remove obstacles to review of agency action, but the GAO can never create obstacles to review in defiance of Congress.

 The Wall Street Journal piece concludes that the EPA's submission of the waivers to Congress would mean that "Congress can quickly disapprove the waivers and send a resolution to the White House for presidential signature. Ballgame over."

In a speech on the Senate floor on the day of the vote, Senator Padilla (D-Cal.) lamented the influence of the "op-ed" in "the Wall Street Journal this past January" whose "authors were partners at the law firm of Boyden Gray." We at Boyden Gray were delighted to play a role in delivering this win for American workers and consumers and for upholding our

founder's legacy of protecting American energy independence and cost-effective environmental policy that actually works.

Copyright © 2025 Boyden Gray PLLC. The content of this website is provided for informational purposes only and does not constitute legal advice. Boyden Gray PLLC has no duty to keep confidential any information communicated to the firm by non-clients. Communicating with the firm does not establish an attorney-client relationship.