**EXHIBIT 14**

**Case No. 1:26-cv-02185-BAH**

# Padilla, Schiff, Whitehouse Welcome Senate Parliamentarian's Reaffirmation That California's Clean Air Act Waivers Not Subject to Congressional Review Act

**WASHINGTON, D.C.** — Today, U.S. Senators Alex Padilla (D-Calif.), Adam Schiff (D-Calif.), and Sheldon Whitehouse (D-R.I.), members of the Senate Environment and Public Works Committee, welcomed the Senate parliamentarian's decision that California's *Clean Air Act* waivers are not subject to the *Congressional Review Act* (CRA). The decision reaffirms that President Trump and Environmental Protection Agency (EPA) Administrator Lee Zeldin cannot weaponize the CRA to repeal these waivers as part of their assault on clean air and the environment.

"In passing the *Clean Air Act* on an overwhelmingly bipartisan basis, Congress explicitly granted California the ability to set more stringent vehicle emissions standards to protect public health from California's unique air quality challenges," **said Senator Padilla.** "I am pleased that the Senate parliamentarian upheld decades of precedent and confirmed that California's *Clean Air Act* waivers are not subject to the *Congressional Review Act*. This latest stunt from Trump's EPA was a clearly bogus attempt to undercut California's climate leadership, and it failed. I'll keep fighting to defend California's authority to protect our residents, safeguard clean air, and lower costs for consumers."

"Congress granted the California the power to regulate its own pollution and vehicle emissions standards and did so on a bipartisan basis almost 60 years ago. The result has been an important one and advanced clean air and water rules that have had a major impact on California and the rest of the country," **said Senator Schiff.** "Today, another nonpartisan and independent voice has reaffirmed that California's vehicle emissions standards are not subject to repeal under the expedited processes of the Congressional Review Act, upholding our state's right to protect our air and the health of our 40 million residents. The Golden State has been the gold standard for fighting harmful air pollution, and today's ruling allows that fight to continue. This is a victory for the power of the states that Congressional Republicans seem so eager to undermine now that they have returned to power in Washington. I will continue to work in the Senate to protect the health and wellness of every Californian whose lives have been improved by these standards for more than a generation."

"From slashing investments that lower household energy costs to rolling back protections for clean air and clean water, Trump and his polluter minions at EPA have endangered our nation's public health, economy, and climate safety. Due to evil influence by the polluting industries that bankrolled Trump's campaign, Americans will pay—with their health and with

1

their wallets—for the Trump-Musk weaponization of the EPA in service to big polluters," **said Ranking Member Whitehouse.** "Congress put California's ability to set vehicle emissions standards in the Clean Air Act, which has already protected generations of Americans from fossil fuel emissions. These emissions heat up our planet, make it harder for many to breathe, and increase costs for families. We're gratified that the Senate parliamentarian followed decades of precedent showing that California's Clean Air Act waivers are not subject to the Congressional Review Act. The lie about 'cooperative federalism' as the model for EPA to follow is laid bare when environmental regulatory and enforcement authority of the states is stronger than federal requirements. Here, the Clean Air Act provides California the authority to set more stringent vehicle emission standards, and Administrator Zeldin pulled out all the stops to attack that authority despite decades of practice and precedent. His legally unfounded scheme was first cooked up by industry lawyers in the polluter-friendly op-ed pages of The Wall Street Journal. Never mind the hundreds of millions of Americans suffering from bad air quality, climate change-driven natural disasters, and climateflation in everything from insurance premiums to grocery prices, Zeldin again decided to take his marching orders from polluters. Tells you all you need to know."

Senators Padilla, Schiff, and Whitehouse previously blasted Trump and Zeldin's weaponization of the EPA as the Government Accountability Office (GAO) also found that *Clean Air Act* waivers to California are not subject to the *Congressional Review Act*. Padilla and Schiff also slammed the Trump Administration's intent to roll back dozens of the EPA's regulations that protect California's air and water.

###
■