**EXHIBIT 15**

**Case No. 1:26-cv-02185-BAH**

Case 1:26-cv-02185-BAH    Document 12-19    Filed 06/25/26    Page 2 of 2



X

← **Post**

**U.S. Senate EPW Committee GOP** ✓                    ···
@EPWGOP

By submitting these waivers, the Trump EPA is complying with the law and giving Congress the opportunity to reject California's effort to impose its EV mandate on all Americans.

Chairman Capito will work with her colleagues to use the Congressional Review Act process to protect consumers from these unrealistic requirements that were approved by the Biden administration.

**Lee Zeldin** ✓    ☐ @epaleezeldin · Feb 14, 2025
In the Oval Office today, alongside @POTUS, I announced that in accordance with the rule of law, I am doing what the Biden EPA refused to do and formally transmit California's vehicle emission waivers to Congress. Learn more ⬇️ epa.gov/newsreleases/t...



5:37 PM · Feb 14, 2025 · **3,668** Views

💬          ↻          ♡          🔖          ⬆️

---

**New to X?**

Sign up now to get you

G    Sign u

🍎    Sign

Creat

By signing up, you agre
Privacy Policy, includir

**Relevant peo**

**U.S. Senate**
@EPWGOP
Official acco
Republicans
Committee
Works, led b
of West Virg

**Lee Zeldin** 
@epaleezel
17th Admini
Environmen
@EPA, prou
Donald Trun

**What's happe**

Summer House · Tren
**#SummerHouse**
Trending with Amand

Sports · Trending
**Kelly Sutherland**

Trending in United Sta
**Prayers for Pam**

Trending in United Sta
**Slow Chemical**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

---

**Don't miss what's happening**
People on X are the first to know.

Log in