**EXHIBIT 17**

**Case No. 1:26-cv-02185-BAH**

# House plows ahead with assault on California EPA waivers

In the Senate, Republicans are waiting for a ruling from the parliamentarian on whether they can use the Congressional Review Act against the waivers.



Rep. John Joyce (R-Pa.) speaking during a rally last year. Joyce is sponsoring one of three resolutions against California pollution rules. Alex Brandon/AP

House Republicans released legislation Thursday to reverse a series of Biden administration waivers allowing California to set tough vehicle emissions rules.

The Energy and Commerce Committee lawmakers introduced three resolutions under the Congressional Review Act, which allows lawmakers to undo newly issued regulations. But it's still unclear whether Congress will be able to use the law to reverse the waivers, with the Senate parliamentarian weighing the issue.

The House measures show how Republicans are vowing to push for congressional repeal of the waivers despite an adverse ruling from the Government Accountability Office, which said they were not rules for the CRA's purposes.

1

"The American people should choose what vehicle is right for them, not California bureaucrats," said Energy and Commerce Chair Brett Guthrie (R-Ky.) in a statement.

H.J. Res. 88, from Rep. John Joyce (R-Pa.), would reverse the Biden EPA's waiver for California to phase out gasoline-powered cars in a move that would favor electric vehicles.

H.R. Res. 89, from Rep. Jay Obernolte (R-Calif.), would scrap EPA's waiver for nitrogen oxide engine emission standards. And H.J. Res. 87, from Rep. John James (R-Mich.), would target California's push for zero-emissions trucks.

The Clean Air Act gives California the power to set stricter emissions rules as long as EPA agrees. Other states can follow along. That effectively allows California to set pollution rules for broad swaths of the nation.

Saying the Biden-approved standards amount to an electric vehicle mandate, Trump EPA Administrator Lee Zeldin submitted them to Congress as rules for lawmakers to repeal.

"By submitting the three California waivers to Congress, Administrator Zeldin is ensuring that Congress has oversight of these major rules that impact every American," Guthrie said.

But the GAO — Congress' watchdog, which has historically decided what can be considered a rule under the CRA — called the waivers an "adjudicatory order" the state had to apply for. In other words, they aren't rules.



*A 2022 view of the Senate parliamentarian's office. | Francis Chung/POLITICO*

On Monday, Senate lawmakers from both sides of the aisle made their case to Parliamentarian Elizabeth MacDonough, who had yet to issue a ruling.

Environment and Public Works Chair Shelley Moore Capito (R-W.Va.) said this week she wants to pursue action against the waivers "aggressively," but her office did not respond to a question about her plans in case of an adverse decision from the parliamentarian.

Committee ranking member Sheldon Whitehouse (D-R.I.) is feeling optimistic. "We had a very, very good argument before the parliamentarian," he said.

"When you leave a courtroom, depending on the judge's questions and body [language] and all that kind of stuff, you get a feeling of how it's going to turn out."

Democratic California Sen. Adam Schiff argued the GAO's decision should be the final word, calling the verdict "great news for California and for all of our residents who value having clear water and clean air."

The Specialty Equipment Market Association said the "EV mandate" would inflict significant damage to the country's economy by "causing irreparable harm" to parts suppliers for internal combustion engines.

Upon hearing of the House resolutions, SEMA issued a three-letter statement: "LFG." That can be short for "let's freaking go."

*This story also appears in* Climatewire.

■