**EXHIBIT 18**

**Case No. 1:26-cv-02185-BAH**

POLITICO

# POLITICO

How the politics of climate change are shaping the future of California

**EMAIL**

Your Email

**EMPLOYER**

Employer

**JOB TITLE**

Job Title

\* All fields must be completed to subscribe.

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## There's hope for the waivers still

By **ALEX NIEVES** | 03/20/2025 09:34 PM EDT

Presented by  THE WILDFIRE SOLUTIONS COALITION

*With help from Blanca Begert, Camille von Kaenel and Annie Snider*

**WAITING GAME:** The clock is ticking on the Trump administration's push for Congress to revoke California's vehicle emissions rules — and the once seemingly straightforward maneuver has gotten complicated.

That could be good news for California officials, who've watched the state's cornerstone climate goals come under constant attack since President **Donald Trump**'s Day 1 executive order to roll back electric vehicle-boosting policies.

1

EPA Administrator **Lee Zeldin**'s decision last month to send a trio of California's clean-vehicle rules for Congressional Review Act consideration set off a race among Republican lawmakers to start the process. West Virginia Sen. **Shelley Moore Capito** and Pennsylvania Rep. **John Joyce** (after supplanting California's own Rep. **Kevin Kiley**) promised to quickly introduce resolutions that would allow their chambers to take a vote.

Over a month has passed since then, and groups in the vehicle world are still impatiently waiting for something to happen — with just a dozen congressional work days left before the 60-day CRA review deadline closes.

So what's changed? The top attorney representing industry opponents of the rules points to a two-week-old opinion from the Government Accountability Office, an independent congressional watchdog, that says CRA doesn't apply to California's waivers.

"I think the explanation on why it got delayed is that the GAO thing is a speed bump for them to consider," said **Michael Buschbacher**, a partner at Boyden Gray PLLC. "That's going to be something people want to talk about and figure out before they take the next step."

EPA and Capito dismissed the opinion immediately after it was released, arguing the waivers — which allow California to set stronger-than-federal emissions standards and can be adopted by other states — are agency rules lawmakers can overturn.

"Chairman Capito continues to agree with the EPA that these waivers are rules, and subject to a resolution of disapproval under the Congressional Review Act," Capito spokesperson **Brent Scott** said in an email at the time.

The GAO opinion, however, opens the door for Senate Parliamentarian **Elizabeth MacDonough** to weigh in on the issue, and that would be harder for moderate Senate Republicans to ignore.

MacDonough plays a crucial, nonpartisan role as the Senate's referee, and lawmakers in the chamber have traditionally been reluctant to push back against her. Some Democrats called for her firing in 2021 after she stripped a $15 minimum wage hike out of their Coronavirus relief package, but the caucus lacked votes to do so.

MacDonough hasn't said if she plans to step into the CRA fight, but Senate leadership is wary. Senate Majority Leader **John Thune** and Capito are planning to meet with MacDonough within the next two weeks to see whether she'll balk at lawmakers' attempts to move CRA resolutions as privileged pieces of legislation that can't be filibustered,

according to an auto industry representative granted anonymity to detail private discussions.

Spokespeople for Thune, Capito and Joyce didn't immediately respond to requests for comment.

"It will be a test for the majority leader, who did make a pledge in his election campaign that he would follow the recommendations of the parliamentarian," said **Mary Nichols**, a former chair of the California Air Resources Board.

The question now is whether Republicans' distaste for California's EV car and truck sales mandates would be enough for them to cross the parliamentarian.

Conservative media outlets are going on the offensive against the GAO opinion, questioning its validity and arguing that **Shirley Jones**, the agency's managing associate general counsel, is a DEI activist.

If the Senate decides to avoid a CRA vote, EPA can still revoke the waivers through regulatory levers, as the agency did during Trump's first term. But that process took 18 months to complete, allowing California's rules to remain active in the interim.

Buschbacher said that short of the parliamentarian stepping in, he still expects CRA votes will happen before the deadline.

"I have not seen anything that suggests cracks in the Republican coalition on this," Buschbacher said. — *AN*

*Did someone forward you this newsletter? Sign up here!*

**TRUMP'S FIGHT OVER TIJUANA'S SEWAGE:** Trump administration officials have been turning their attention to the billions of gallons of raw sewage that flow annually from Tijuana into San Diego as a result of the city's aging and overwhelmed wastewater system.

EPA Administrator **Lee Zeldin** became fixated on the issue earlier this month when a construction incident in Mexico sent untreated sewage into the Tijuana River.

Since then, he has publicly pressured America's southern neighbor to focus on the problem — and pay for it.

Two people with knowledge of the situation, who spoke on the condition of anonymity due to a fear of reprisals, said Zeldin has demanded daily briefings for his team on the topic,

3

reports POLITICO's Annie Snider. Zeldin also said he plans to visit the region soon to see the problem on the ground.

The Mexican embassy did not immediately reply to a request for comment. — *AS, BB*

**AND OVER THE COLORADO:** Meanwhile, the Trump administration escalated a water fight with Mexico today, saying it will cut off Colorado River water deliveries to Tijuana.

In a post on X, the State Department's Bureau of Western Hemisphere Affairs said it would deny Mexico's request to deliver H20 to Tijuana through San Diego's water system because the country has fallen behind in its deliveries to the U.S. along a different shared waterway — the Rio Grande.

Under a 1944 treaty, Mexico is obligated to deliver an average of 350,000 acre-feet of Rio Grande water annually over a five-year cycle. But the country is far behind that average ahead of an October deadline, and Texas politicians have been raising the issue with Trump.

Retaliating against Mexico through Colorado River deliveries stands to sour relations along a waterway where the U.S. has worked for years to build a collaborative relationship, reports Snider. States are facing a 2026 deadline to agree on new rules for sharing the dwindling waterway and have been hoping Mexico will agree to delivery reductions as part of the deal. — *AS, BB*

**MORE WATER:** Gov. **Gavin Newsom** has worked to show alignment with **Donald Trump** on water — but he isn't ready to drop his 2020 lawsuit over the president's changes to endangered species rules and water deliveries that has irked Trump ever since.

Lawyers for the state asked a judge yesterday for 90 more days to decide whether and how to proceed with the lawsuit. Federal officials agreed to the extension, saying Trump's new political appointees needed time to settle in and decide next steps.

Newsom's lawsuit seeking to roll back the first Trump administration's changes to endangered species protections in the state's main water hub is a sore point for the president, who referenced the document in his campaign trail threats to withhold disaster aid unless the governor goes his way on water.

At stake in the court case is not only the status of the rules — which were technically supplanted by a new version finalized by former President **Joe Biden** late last year — but also broader questions of whether state endangered species law can apply to federal

4

operations. Those questions will be key to the continued water wars in California because Trump has ordered federal agencies to "maximize" water supplies even if that violates state law. — *CvK*

**MOSS LANDING FALLOUT:** Sen. **John Laird** introduced a bill today to require new energy storage facilities meet the latest national fire safety standards after his Central Coast district saw a massive fire at the world's largest lithium-ion battery in January.

The bill, SB 283, would also require developers to consult with local fire authorities before submitting a permit application. It will later be amended to also ban the development of energy storage inside combustible buildings (like the one that caught on fire in January), according to a statement from Laird.

The bill brings a lighter touch to the industry than one from Laird's district counterpart, Assemblymember Dawn Addis. Her AB 303 reverses a 2022 reform that bypassed local governments to speed up state permits for energy storage facilities. It also bans energy storage facilities from environmentally sensitive areas or from within 3,200 feet of schools and homes. Laird has said Addis' proposal goes too far in limiting an industry that California needs to meet its goal of ridding the grid of oil and gas by 2045. — *CvK*

— Attorney General Pam Bondi announced **arrests in Tesla vandalism cases** she described as "domestic terrorism."

— California has **added 26,000 public and private shared EV chargers** since August but still has a long way to go to meet state goals.

— CBS News details **just how much data the FAIR Plan keeps secret**.

*CALIFORNIA POLICY IS ALWAYS CHANGING: Know your next move. From Sacramento to Silicon Valley, POLITICO California Pro provides policy professionals with the in-depth reporting and tools they need to get ahead of policy trends and political developments shaping the Golden State. To learn more about the exclusive insight and analysis this subscriber-only service offers, click here.*

*Want to make an impact? POLITICO California has a variety of solutions available for partners looking to reach and activate the most influential people in the Golden State. Have a petition you want signed? A cause you're promoting? Seeking to increase brand awareness amongst this key audience? Share your message with our influential readers to foster engagement and drive action. Contact Lynn Fine to find out how:* **lfine@politico.com**.

# Follow us on X

 **Alexia Underwood @underwood_AD**
**Noah Baustin @NoahBaustin**
**Alex Nieves @alexdrnieves**
**Camille von Kaenel @cvonka**

## FOLLOW US

   

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

FAQ

Feedback

Headlines

Photos

Press

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

© 2026 POLITICO LLC