**EXHIBIT 19**

**Case No. 1:26-cv-02185-BAH**

# Chairman Guthrie, Vice Chairman Joyce, and Energy and Commerce Republicans Introduce Legislation to Stop California EV Mandates

**WASHINGTON, D.C.** – Congressman Brett Guthrie (KY-02), Chairman of the House Committee on Energy and Commerce, Congressman John Joyce (PA-13), Congressman Jay Obernolte (CA-23), and Congressman John James (MI-10), along with Members of the House Committee on Energy and Commerce, California Republicans, and Conference Chairwoman Lisa McClain, introduced three Congressional Review Act resolutions that would undo harmful rules created under President Biden's EPA. These three Congressional Review Act resolutions would reverse radical regulations that established a de facto ban on the use of gas-powered vehicles, heavy trucks, and diesel engines over the next decade.

*"The American people should choose what vehicle is right for them, not California bureaucrats. By submitting the three California waivers to Congress, Administrator Zeldin is ensuring that Congress has oversight of these major rules that impact every American,"* **said Chairman Guthrie**. *"The Committee has been committed to addressing this issue since California first attempted to create a de facto EV mandate. Energy and Commerce Republicans will continue to fight against far-left policies that would harm consumers and will now work to ensure that the Congressional Review Act process finally puts these issues to rest. Thank you to Congressman Joyce, Congressman Obernolte, and Congressman James for your work to ensure that families and businesses can continue to choose the vehicles they need."*

*"Since arriving in Washington, I have fought to protect consumer freedom and allow American families to choose the vehicle that best fits their budget and needs,"* **said Vice Chairman John Joyce, M.D.** *"The introduction of this resolution to overturn California's ban on gas-powered vehicles is long overdue. Thank you to Chairman Guthrie and Chairman Capito for their leadership on this issue, and I look forward to seeing this legislation swiftly pass through Congress so President Trump can permanently protect the freedom of the open road for all Americans."*

*"As a representative of California, I've seen firsthand how burdensome regulations from the California Air Resources Board have hurt businesses and hardworking Americans by imposing costly mandates instead of allowing the market to drive innovation,"* **said Congressman Obernolte.** *"Congress must exercise its oversight authority to ensure these policies do not become the national standard. It is critical we protect jobs, supply chains, and the ability of consumers to choose what is best for them and their families."*

1

*"The Biden administration left behind comply-or-die Green New Deal mandates that threaten to crush our trucking industry and drive up costs for hardworking Americans,"* **said Congressman James.** *"I know — my family has a trucking company. Republicans are working hard to implement President Trump's America First agenda, and the first step is repealing the rules and waivers that contributed to Bideninflation!"*

*"During the Biden administration, the Environmental Protection Agency (EPA) allowed a series of stringent, environmentally charged regulations on vehicles that would effectively overhaul the marketplace and steer consumers toward purchasing electric vehicles,"* **said Congressman Fulcher.** *"I am honored to join my colleagues in introducing a legislative package to repeal these overreaching federal mandates and preserve consumer freedom and choice in the automotive and heavy-duty truck markets,"*

*"California's sweeping and unachievable emissions mandates are a direct assault on everyone who lives, works, or does business in our state,"* **said Congressman LaMalfa.** *"These regulations drive up costs, limit consumer choice, and force trucking and automotive industries into an impossible transition timeline. Californians are already paying some of the highest fuel and energy costs in the country. These rules are causing the cost of new and used cars and trucks to increase for everyone. If you want to buy an electric vehicle, buy one, but everybody else shouldn't be forced into this mandate. The Federal Government cannot allow one state to destroy the American car and truck market. Instead of making life even more expensive, we should focus on what consumers want. I'm pleased to support this effort to stop California's insanity and protect drivers and consumers across my state and the country."*

*"The Newsom Administration's irrational plan to ban gas-powered cars and trucks is an affront to the freedom of Californians and an economic burden to the whole country,"* **said Congressman Kiley.** *"The Biden Administration aided and abetted this insanity with special waivers. With the Congressional Review Act resolutions introduced today, we have an opportunity to return to economic reality and restore common sense."*

*"Biden's EPA waivers effectively allowed one state's woke agenda to dictate national policy. It's not the government's role to decide what vehicle Americans must drive,"* **said Chairwoman McClain.** *"These waivers bypass Congress and ignore millions of Americans who rely on affordable, reliable transportation. Instead, we should have a little more faith in the American people to choose what's best for them. It's time we end this regulatory overreach."*

**Background:**

Making these changes at a time when the United States is unprepared for a full transition to electric vehicles would have massive consequences for American communities. With states making up more than 40% of the auto market following California's emissions standards, implementing Californias EV mandate would result in a nation-wide shift in the vehicles that are available for purchase, and in fact could lead to a shortage of the vehicles consumers need.

**H.J. Res. 88**, introduced by Congressman Joyce (PA-13), would reverse the EPA's decision to approve a waiver granted to California allowing the State to ban the sale of gas-powered

2

vehicles by 2035.

**H.J. Res. 89,** introduced by Congressman Obernolte (CA-23), would put an end to the EPA's decision to allow California to implement its most recent nitrogen oxide (NOx) engine emission standards, which create burdensome and unworkable standards for heavy-duty on-road engines.

**H.J. Res. 87**, introduced by Congressman James (MI-10), would reverse the EPA's decision to approve a waiver granted to California allowing the State to mandate the sale of zero-emission trucks.

###
∎

3