**EXHIBIT 21**

**Case No. 1:26-cv-02185-BAH**



# EPA Administrator Zeldin Celebrates President Trump Officially Ending California's Vehicle Waivers, Delivering Another Major Blow to the EV Mandate

June 12, 2025

**Contact Information**
EPA Press Office (press@epa.gov)

**WASHINGTON** – U.S. Environmental Protection Agency (EPA) Administrator Lee Zeldin issued the following statement after President Donald J. Trump signed into law ↗ three Congressional Review Act (CRA) resolutions disapproving California's vehicle emission waivers. Congressional disapproval of California's electric vehicle (EV) mandates is another step toward ending the EV mandate on all Americans pursuant to President Trump's "Unleashing American Energy" Executive Order.

*"President Trump's actions delivered a decisive blow to California's Electric Vehicle Mandate. The Biden EPA rules granting California's waivers allowed one coast to set national policy while imposing significant costs and limiting consumer choice for Americans in every state. We are working to end the EV mandate because, in part, doing so will usher in a new era of prosperity for American auto workers, providing the economic liberty needed to restore this quintessential industry. Thank you to all the members of Congress who did their part to get these resolutions on President Trump's*

1

*desk. The President campaigned on this, the American people voted for it, and this Administration is proudly delivering on this mandate. Today is a great day for consumer freedom,"* **said EPA Administrator Zeldin.**

In February, Administrator Zeldin announced ⬈ alongside President Trump and the newly created National Energy Dominance Council, that the EPA would transmit to Congress three waiver rules granted by the Biden EPA – California's Advanced Clean Cars II, Advanced Clean Trucks, and Heavy-Duty Engine Omnibus $NO_x$ in order to comply with the agency's duties under the CRA.

Last updated on June 12, 2025

2