**EXHIBIT 22**

**Case No. 1:26-cv-02185-BAH**



# EPA Fulfills Statutory Obligation by Transmitting Four California Waiver Rules to Congress

June 12, 2026

**Contact Information**
EPA Press Office (press@epa.gov)

**WASHINGTON** – Today, in accordance with the Congressional Review Act (CRA), U.S. Environmental Protection Agency (EPA) transmitted four California waiver rules to Congress that have given the state the authority to enact its own emission standards for cars, trucks, lawn mowers, and other equipment used daily by Americans. EPA has determined that each of these waivers is a rule under the CRA, and because previous Administrations failed to transmit them to Congress, as mandated under the CRA, Congress has not been provided with its statutorily required opportunity to review these rules.

*"EPA is accountable to Congress, but most importantly we must be accountable to the American people,"* **said EPA Administrator Lee Zeldin**. *"It is important for EPA to fulfill our statutory obligation to submit these California waivers to Congress for their review pursuant to the law."*

EPA is committed to promoting consumer choice and ensuring affordable vehicles for all Americans, while following the best reading of the law. The four rules have prospective, national effects, giving California and the states that adopted the waivers under Clean Air Act section 177 the force of federal law, supplanting EPA authority.

1

| Rules Being Transmitted to Congress | Current National Implication of the Rules |
|---|---|
| Motor Vehicle Evaporative Emissions and Greenhouse Gas ("Advanced Clean Cars I" (ACC I)) | This rule allows California to impose vehicle emissions requirements stricter than federal standards. This has resulted in a push towards electric vehicles across the nation. |
| Reinstatement of ACC I | Following the Trump Administration revoking ACC I, the Biden EPA reinstated it, allowing California once again to impose costly vehicle emission requirements higher than federal standards. |
| Small Offroad Engine (SORE) Amendments | This rule imposes costly emission requirements for lawn and garden equipment and has resulted in the push towards electrification of these tools. SORE leaves small businesses, landscapers, and homeowners forced to use expensive and impractical electric tools. |
| Greenhouse Gas Emission Standards – 2009 and Subsequent Model Years | This rule allows California to enforce strict greenhouse gas standards. Automakers are forced to make a vehicle fit California's standards instead of the federal standards and consumers pay for this through higher vehicle costs. |

## Background

In early 2025, EPA transmitted <https://epa.gov/newsreleases/epa-hails-congressional-disapproval-biden-epas-california-ev-mandate-rule> to Congress three emission waivers granted to California by the Biden Administration. In June 2025, all three CRA resolutions

2

disapproving the vehicle emission waiver rules were signed

<https://epa.gov/newsreleases/epa-administrator-zeldin-celebrates-president-trump-officially-ending-californias> into law by President Trump, repealing EV mandates and restoring consumer choice.

Last updated on June 15, 2026