**EXHIBIT 23**

**Case No. 1:26-cv-02185-BAH**

**E&E** DAILY

# EPA incites another Hill fight over California waivers

The agency sent Congress four more California air pollution rule waivers to repeal.

 BY: **ALEX GUILLÉN** | 06/15/2026 06:32 AM EDT



Senate Majority Whip John Barrasso of Wyoming said Republicans would keep opposing "back door attempts by California to impose a nationwide EV mandate."| Francis Chung/POLITICO

**E&E DAILY** | EPA on Friday submitted four more California air pollution rule waivers to Congress, where Republicans can use the Congressional Review Act to nullify them.

The repeal of three Biden-era Clean Air Act waivers in Congress last year sparked a intense partisan battle on Capitol Hill that led to Senate Republicans defying their own

1

rules referee.

Advertisement



Now, the administration wants lawmakers to undo federal approval for California air rules dating back to the Obama administration. GOP leaders have yet to say exactly how they will proceed.

A spokesperson for Senate Majority Whip John Barrasso (R-Wyo.) said, "Republicans will continue to fight against back door attempts by California to impose a nationwide EV mandate."

With EPA having revoked all federal tailpipe greenhouse gas limits earlier this year, ending the newly submitted waivers would free automakers from having to comply with climate standards from California or the more than a dozen other mostly blue states that follow its rules — including New York, Massachusetts, Pennsylvania and Washington state.

Friday's action comes one year to the day after President Donald Trump signed resolutions of disapproval killing three waivers issued in the final days of the Biden administration, including one that would have required all new vehicles in California emit zero emissions by 2035. The Clean Air Act allows the state to set stricter rules than the federal government with EPA approval.

The Congressional Review Act makes it easier for Congress to kill newly issued rules. Before last year, it was never used to undo EPA Clean Air Act waivers. Senate Republicans maneuvered to bypass the chamber's parliamentarian to make it happen.

Also, because previous administrations never submitted the waivers as rules, EPA's move Friday starts the clock for Congress to repeal more of them by simple majority.

2

"It is important for EPA to fulfill our statutory obligation to submit these California waivers to Congress for their review pursuant to the law," EPA Administrator Lee Zeldin said in a statement.

It's unclear who may introduce resolutions of disapproval to nullify the new batch of waivers EPA submitted. It's also unclear whether supporters will get enough senators on board.

Some Senate moderates were concerned about using the Congressional Review Act against waivers last year, but GOP leaders said action was necessary to prevent California from moving forward with what critics termed an electric car mandate. The auto industry lobbied hard for Congress to act.

Senate Environment and Public Works ranking member Sheldon Whitehouse (D-R.I.), who led the fight against last year's repeal, said Friday: "The Trump EPA continues to abuse the CRA to go after years-old agency actions. The only possible explanation is payback for President Trump's fossil fuel donors who will be able to sell more gasoline at a time when gasoline prices are causing real pain for American families."

In the new batch, three of the waivers cover older greenhouse gas rules for light-duty cars and trucks, including the first greenhouse gas waiver issued to California in 2009 and a subsequent 2013 waiver for what was known as the Advanced Clean Cars rule that covered through model year 2025. The third waiver was the Biden administration's reinstatement of the ACC rule after it was revoked via rulemaking by the first Trump administration.

The waivers stopped setting increasingly stringent standards with model year 2025. However, their standards carry forward indefinitely, meaning automakers still had to meet those emissions requirements going forward in California and allied states.

The Trump administration in March sued California to stop enforcement of its 2012 ACC standards, the subject of the 2013 waiver now in line for nullification. The state last month moved to dismiss the case.

The fourth waiver EPA sent to Congress on Friday requires new off-highway engines below 25 horsepower — a category including lawn mowers, weed whackers, hedge trimmers, chain saws and gasoline-powered golf carts — to transition to zero-emission options to curb emissions of smog-forming pollutants.

The Outdoor Power Equipment Institute has been fighting that rule in court, arguing there aren't enough available alternatives and that electrification could hamper relief efforts in the wake of natural disasters.

David Doniger, senior attorney at the Natural Resources Defense Council, said: "It's ridiculous that EPA would ask Congress to repeal standards that cars across the country have met for more than 15 years. And why? To bring back gas guzzlers at a time when gas prices are through the roof? This is more proof that the Trump administration doesn't care about your family's finances and loves inflation."

California is suing EPA for submitting last year's scrapped waivers as rules. Republicans and the administration have accused the state of ignoring Congress.

California Air Resources Board Chair Lauren Sanchez vowed to defend the rules, saying, "California's air quality programs are state law and remain in effect," in a statement Friday. "These federal attacks create market uncertainty, drive up costs and put public health at risk," she said, adding that she remains "committed to working with manufacturers."

*Josh Siegel and Camille von Kaenel contributed to this report.*

---

UP NEXT IN **THIS EDITION OF E&E DAILY**

Congress out of time to roll back Biden-era monument plans

BY JENNIFER YACHNIN



→

© 2026 POLITICO LLC

4