**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

STATE OF CALIFORNIA,

     *Plaintiff,*

    v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, *and* LEE ZELDIN, in his
official capacity as Administrator of the
U.S. Environmental Protection Agency,

     *Defendants.*

</td><td>

Case No. 1:26-cv-02185-BAH

</td></tr>
</table>

**[PROPOSED] ORDER**

Upon consideration of Plaintiff State of California's Motion for a Preliminary Injunction or Stay under 5 U.S.C. § 705, the memoranda in support and opposition, the declarations and exhibits attached thereto, and the entire record before the Court, it is hereby:

(1) ORDERED that the Motion is GRANTED; and it is further

(2) ORDERED that Defendants United States Environmental Protection Agency (EPA) and EPA Administrator Zeldin take all necessary steps to restore the status quo, as it existed before EPA's June 12, 2026 press release, as to the four Clean Air Act preemption waivers referenced in that press release; and it is further

(3) ORDERED that Defendants EPA and Zeldin withdraw or correct EPA's reclassifications of these four Clean Air Act preemption waivers from orders to rules, including the June 12, 2026 press release, and withdraw or correct EPA's submissions to Congress as to any portion

1

2

of those submissions based on the reclassifications, including any representation that these four waivers are rules; and it is further

(4) ORDERED that Defendants EPA and Zeldin are ENJOINED from giving effect to the reclassification of these four Clean Air Act preemption waivers as rules; and it is further

(5) ORDERED that Defendants EPA and Zeldin are ENJOINED from reclassifying other Clean Air Act preemption waivers from orders into rules; and it is further

(6) ORDERED that EPA's reclassification and submission actions are STAYED; and it is further

(7) ORDERED that this Order SHALL remain in effect until further order of this Court.


IT IS SO ORDERED.



Dated: _____, 2026

_____
BERYL A. HOWELL
United States District Judge

2

## <u>NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY</u>

In accordance with Local Rule 47(h), listed below are the names and addresses of the attorneys and parties entitled to be notified of the proposed order's entry:

U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Lee Zeldin, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street
Washington, DC 20530

Todd Blanche
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

M. Elaine Meckenstock
Natalie Collins
Katherine Gaumond
Deputy Attorneys General
Office of the Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 879-0299
Elaine.Meckenstock@doj.ca.gov
Natalie.collins@doj.ca.gov
Katherine.gaumond@doj.ca.gov