## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STATE OF CALIFORNIA,

      *Plaintiff,*

    v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY *and* LEE ZELDIN, in his official
capacity as Administrator of the U.S.
Environmental Protection Agency,

      *Defendants.*

Case No. 1:26-cv-02185-BAH

## JOINT PROPOSED BRIEFING SCHEDULE

On June 22, 2026, Plaintiff State of California (California) filed its Complaint. ECF No. 1.
On June 25, 2026, California filed a Motion for Preliminary Injunction or a Stay under 5 U.S.C.
§ 705. ECF 13. The Court entered a minute order directing the parties to jointly propose a
briefing schedule for California's motion. No counsel has yet appeared for Defendants, but
California's counsel spoke with Martha Mann of the United States Department of Justice, and
the parties propose the following schedule:

    • Defendants' opposition due July 10;

    • Plaintiff's reply due July 17.

1

California invites the Court to schedule a hearing on its motion at the Court's earliest convenience. As to possible hearing dates in July 2026, California respectfully informs the Court that its lead counsel is unavailable on July 23 and 24, 2026.

Dated: June 26, 2026

Respectfully Submitted,

ROB BONTA
Attorney General of California
MYUNG PARK
DAVID ZAFT
Supervising Deputy Attorneys General

/s/M. Elaine Meckenstock
M. ELAINE MECKENSTOCK
NATALIE COLLINS
KATHERINE GAUMOND
*Deputy Attorneys General*
Office of the Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 879-0299
Email: Elaine.Meckenstock@doj.ca.gov

*Counsel for Plaintiff State of California*

2