**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STATE OF CALIFORNIA,

              Plaintiff,

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, and LEE
ZELDIN, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

              Defendants.

Case No. 1:26-cv-02185-BAH

**EPA'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), and Local Rule 7, EPA hereby moves to dismiss Plaintiff's complaint (Dkt. No. 1).

As explained in EPA's memorandum in support of this motion, Plaintiff's claims should be dismissed for any of three independent reasons. First, Plaintiff's claims are barred by the Congressional Review Act, 5 U.S.C. § 805. Second, Plaintiff lacks Article III standing. And third, Plaintiff has failed to identify a final agency action reviewable under the Administrative Procedure Act, 5 U.S.C. § 704.

Dated: July 10, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. PEZZI (DC Bar #995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
stephen.pezzi@usdoj.gov
(202) 305-8576

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER (DC Bar #1028454)
*Deputy Assistant Attorney General*

  /s/ Martha C. Mann
MARTHA C. MANN (FL Bar #155950)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 717-7067 (Stander)
(202) 353-5900 (Mann)
robert.stander@usdoj.gov
martha.mann@usdoj.gov

*Attorneys for Defendants*

2