**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>               Defendants. | Case No. 1:26-cv-02185-BAH |

**[PROPOSED] ORDER GRANTING EPA'S MOTION TO DISMISS**

Plaintiff filed the complaint on June 22, 2026. Dkt. No. 1. EPA moved to dismiss the complaint on three separate grounds: (1) Plaintiff's claims are barred by the Congressional Review Act, 5 U.S.C. § 805; (2) Plaintiff lacks Article III standing; and (3) Plaintiff has failed to identify a final agency action reviewable under the Administrative Procedure Act, 5 U.S.C. § 704.

The Court, having considered EPA's Motion to Dismiss, and otherwise being sufficiently advised, hereby GRANTS EPA's motion.

IT IS SO ORDERED.

DATED this _____ day of_____, 2026.

1

_____

HON. BERYL A. HOWELL
United States District Judge