**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF CALIFORNIA,<br><br>      *Plaintiff*,<br><br>      v.<br><br>LEE ZELDIN, in his official capacity as U.S. Environmental Protection Agency Administrator, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>      *Defendants*. | Case No. 1:26-cv-02185-BAH |

**AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS
AND AMERICAN PETROLEUM INSTITUTE'S
MOTION TO INTERVENE AS DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 24(a)(2) and Local Civil Rule 7(j) American Fuel & Petrochemical Manufacturers ("AFPM") and American Petroleum Institute ("API") respectfully move to intervene as a matter of right as defendants in this action. AFPM and API move in the alternative for permissive intervention under Federal Rule of Civil Procedure 24(b)(1)(B). AFPM and API submit the attached memorandum and proposed order in support of this Motion.

For these reasons, and in the interest of a "just, speedy, and inexpensive determination" of this case, AFPM and API respectfully submit that this Court should grant their Motion to Intervene without requiring an accompanying pleading. No party will be prejudiced by that approach, and AFPM's and API's interests in the issues presented are "apparent." *See Washington All. of Tech. Workers v. DHS*, 395 F. Supp. 3d 1, 21 n.4 (D.D.C. 2019) (internal quotation and citation omitted). AFPM and API therefore respectfully request that the Court permit them to file a non-duplicative Opposition to Plaintiff's Motion for Preliminary Injunction.

2

Counsel for AFPM and API conferred with counsel for the Parties on this Motion. California takes no position and reserves the right to oppose or otherwise respond. EPA takes no position on the proposed Motion to Intervene.

Dated: July 10, 2026

Respectfully submitted,

*/s/ Michael B. Schon*
Michael B. Schon
mike@lehotskycohn.com
LEHOTSKY COHN LLP
200 Massachusetts Avenue, NW
  Suite 700
Washington, DC 20001
Tel.: (512) 693-8350
Fax: (512) 727-4755

Katherine C. Yarger* (CO 40387)
LEHOTSKY COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
Email: katie@lehotskycohn.com
Tel.: (512) 693-8350
Fax: (512) 727-4755

*Counsel for American Fuel & Petrochemical Manufacturers and American Petroleum Institute*

* Application for admission to D.D.C. forthcoming.

2