**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF CALIFORNIA,<br><br>      *Plaintiff*,<br><br>      v.<br><br>LEE ZELDIN, in his official capacity as U.S. Environmental Protection Agency Administrator, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>      *Defendants*. | Case No. 1:26-cv-02185-BAH |

**[PROPOSED] ORDER GRANTING AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS AND AMERICAN PETROLEUM INSTITUTE'S MOTION TO INTERVENE AS DEFENDANTS**

Upon consideration of Proposed Intervenors American Fuel & Petrochemical Manufacturers and American Petroleum Institute's Motion to Intervene as Defendants, it is, on this _____ day of _____, 2026,

ORDERED, that American Fuel & Petrochemical Manufacturers and American Petroleum Institute's Motion to Intervene as Defendants is granted.

_____
U.S. District Judge