**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF CALIFORNIA,

        *Plaintiff*,

    v.

LEE ZELDIN, in his official capacity as U.S.
Environmental Protection Agency Administrator,
and U.S. ENVIRONMENTAL PROTECTION
AGENCY,

        *Defendants*.

Case No. 1:26-cv-02185-BAH

**[PROPOSED] ORDER DENYING PLAINTIFF'S**
**MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of all papers related to Plaintiff's Motion for Preliminary Injunction, it

is, on this _____ day of _____, 2026,

ORDERED, that Plaintiff's Motion for Preliminary Injunction is denied.

_____
U.S. District Judge