CO-386
10/2018

# United States District Court
# For the District of Columbia

STATE OF CALIFORNIA,

)
)
)
)
)
Plaintiff )
vs )
)
LEE ZELDIN, in his official capacity as U.S. )
Environmental Protection Agency Administrator, and )
U.S. ENVIRONMENTAL PROTECTION AGENCY, )
)
Defendant )

Civil Action No. 1:26-cv-02185-BAH

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for American Fuel & Petrochemical Manufacturers ("AFPM") and American Petroleum Institute ("API") certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of AFPM and API which have

any outstanding securities in the hands of the public:

None.
AFPM states that it is a national trade association that represents American refining and petrochemical companies.
It is a non-profit, tax-exempt organization incorporated in the District of Colombia. AFPM has no parent corporation,
and no publicly held company owns 10% or more of the organization.
API states that it is a non-profit trade association. It has no parent corporation. API does not issue stock. No
publicly held company owns 10% or more of the organization.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Michael B. Schon
Signature

DC Bar No. 989893

BAR IDENTIFICATION NO.

Michael B. Schon
Print Name

200 Massachusetts Avenue, NW, Suite 700
Address

Washington, DC 20001
City          State          Zip Code

(512) 693-8350
Phone Number