**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF CALIFORNIA,<br><br>        *Plaintiff,*<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION<br>AGENCY *and* LEE ZELDIN, in his official<br>capacity as Administrator of the U.S.<br>Environmental Protection Agency,<br><br>        *Defendants.* | Case No. 1:26-cv-02185-BAH |

**JOINT SCHEDULE PROPOSAL AND NOTICE OF POSITION**

On June 22, 2026, Plaintiff State of California (California) filed its Complaint. ECF No. 1. On June 25, 2026, California filed a Motion for Preliminary Injunction or a Stay under 5 U.S.C. § 705. ECF 13. Pursuant to Local Rule 65.1(d), California requested an expedited proceeding with a hearing no later than July 16, 2026. ECF 13. Pursuant to this Court's minute order, on June 26, 2026 the parties proposed a briefing schedule with Defendants' Opposition to California's Motion for Preliminary Injunction or Stay due on July 10, 2026, and California's Reply due on July 17, 2026. ECF 15. The Court accepted this schedule.

On July 10, 2026, Defendants filed their Opposition to California's Motion for Preliminary Injunction or Stay. ECF 21. Defendants simultaneously filed a Motion to Dismiss, ECF 20, and

1

submitted a consolidated brief in support of the motion to dismiss and in opposition to the preliminary injunction or stay motion.

On July 10, 2026, American Fuel & Petrochemical Manufacturers ("AFPM") and American Petroleum Institute ("API") filed a Motion to Intervene. ECF 22.

On July 11, 2026, the Court entered a minute order directing the parties to submit 1) a proposed briefing schedule on Defendants' Motion to Dismiss, and 2) their respective positions on the pending Motion to Intervene.

## I.   JOINT SCHEDULE PROPOSAL

The parties propose the following briefing schedule:

• Plaintiff's Consolidated Reply in support of its Motion for Preliminary Injunction or Stay and Opposition to Defendants' Motion to Dismiss due on July 17

• Defendants' Reply in support of their Motion to Dismiss due on July 28

## II.   NOTICE OF POSITION REGARDING AFPM AND API'S MOTION TO INTERVENE

California opposes AFPM and API's Motion to Intervene and intends to file its Opposition by July 24, 2026. *See* Local Rule 7(b). Defendants take no position on AFPM and API's Motion to Intervene.

2

Dated: July 13, 2026

Respectfully Submitted,

ROB BONTA
Attorney General of California
MYUNG PARK
DAVID ZAFT
Supervising Deputy Attorneys General

*/s/ Katherine Gaumond*
KATHERINE GAUMOND
M. ELAINE MECKENSTOCK
NATALIE COLLINS
*Deputy Attorneys General*
Office of the Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA  94102
Telephone: (415) 510-4439
Email: Katherine.gaumond@doj.ca.gov

*Counsel for Plaintiff State of California*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

/s/ *Stephen M. Pezzi*
STEPHEN M. PEZZI (DC Bar #995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
stephen.pezzi@usdoj.gov
(202) 305-8576

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
(DC Bar #1028454)
*Deputy Assistant Attorney General*

MARTHA C. MANN
(FL Bar #155950)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 717-7067 (Stander)
(202) 353-5900 (Mann)
robert.stander@usdoj.gov
martha.mann@usdoj.gov

*Attorneys for Defendants*

3