**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF CALIFORNIA,

      *Plaintiff,*

    v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY *and* LEE ZELDIN, in his official
capacity as Administrator of the U.S.
Environmental Protection Agency,

      *Defendants.*

Case No. 1:26-cv-02185-BAH

**NOTICE REGARDING**
**AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS AND**
**AMERICAN PETROLEUM INSTITUTE'S MOTION TO TREAT THEIR RESPONSE IN**
**OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AS**
**BOTH A RESPONSE IN OPPOSITION AND A MOTION TO DISMISS**

On July 10, 2026, American Fuel & Petrochemical Manufacturers and American

Petroleum Institute (collectively, "Movant-Intervenors") filed a Motion to Intervene in this suit.

ECF 22.

Pursuant to this Court's minute order, Plaintiff California will oppose that motion to

intervene on July 24, 2026.

On July 16, 2026, Movant-Intervenors filed a motion asking this court to treat their

proposed opposition to California's preliminary injunction motion, which Movant-Intervenors

filed with their motion to intervene, as a motion to dismiss as well ("Motion to Convert"). ECF

25.

1

Movant-Intervenors did not meet and confer with California before filing their Motion to Convert yesterday.

In the interest of avoiding delay (particularly with respect to the resolution of California's preliminary injunction motion), California now provides the Court with notice that, in the event this Court considers Movant-Intervenors' Motion to Convert despite their failure to comply with Local Rule 7(m), California intends to oppose the Motion to Convert. California will include such opposition in its opposition to the Motion to Intervene, which California will file on July 24, 2026.


Dated: July 17, 2026                    Respectfully Submitted,

                                        ROB BONTA
                                        Attorney General of California
                                        MYUNG PARK
                                        DAVID ZAFT
                                        Supervising Deputy Attorneys General

                                        */s/ M. Elaine Meckenstock*
                                        M. ELAINE MECKENSTOCK
                                        NATALIE COLLINS
                                        KATHERINE GAUMOND
                                        *Deputy Attorneys General*
                                        Office of the Attorney General
                                        1515 Clay Street, 20th Floor
                                        P.O. Box 70550
                                        Oakland, CA  94612-0550
                                        Telephone: (510) 879-0299
                                        Email: Elaine.Meckenstock@doj.ca.gov

                                        *Counsel for Plaintiff State of California*