# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STATE OF CALIFORNIA,

       *Plaintiff*,

    v.

LEE ZELDIN, in his official capacity as U.S. Environmental Protection Agency Administrator, and U.S. ENVIRONMENTAL PROTECTION AGENCY,

       *Defendants*.

Case No. 1:26-cv-02185-BAH

## NOTICE IN RESPONSE TO CALIFORNIA'S NOTICE

American Fuel & Petrochemical Manufacturers ("AFPM") and American Petroleum Institute ("API") (jointly, "Proposed Intervenors") respectfully submit this short response to clarify that their Motion to Treat Response in Opposition to Plaintiff's Motion for Preliminary Injunction as Both a Response in Opposition and a Motion to Dismiss properly asks the Court to treat their proposed preliminary injunction opposition as also supporting dismissal of the Complaint.

On July 17, California filed a Notice (Dkt. 28) asserting that Proposed Intervenors failed to meet and confer before filing their Motion (Dkt. 25).

Proposed Intervenors' Motion ultimately requests dismissal. Rather than burden the Court with a second brief repeating the same jurisdictional and merits arguments, the Motion asks the Court to treat the arguments already set forth in their proposed opposition as also supporting dismissal of the Complaint. Because Rule 7(m), by its terms, applies only to non-dispositive motions, it does not require conferral before a motion that seeks dismissal.

In any event, Proposed Intervenors had already conferred with all parties regarding their Motion to Intervene and accompanying proposed opposition to Plaintiff's preliminary injunction motion. Dkt. 22 at 2. The Court then ordered the parties to state their positions on Proposed Intervenors' Motion, which California did. Dkt. 23 at 2. California made clear that it opposed the intervention and intended to file an opposition. *See id.* Given California's stated position, any further conferral regarding the proposed opposition or its incorporation into the Motion would have been futile. And the lack of any additional conferral did not prejudice California. California was already preparing to respond to the identical arguments set forth in the proposed opposition, and it has since confirmed that it will address those arguments by the July 24 deadline.

Proposed Intervenors therefore respectfully request that the Court consider their Motion, Dkt. 25, on the existing record and permit California to present any opposition on the schedule identified in its Notice, Dkt. 28.

Dated: July 22, 2026                           Respectfully submitted,

                                               */s/ Michael B. Schon*
                                               Michael B. Schon
                                               mike@lehotskycohn.com
                                               LEHOTSKY COHN LLP
                                               200 Massachusetts Avenue, NW
                                                Suite 700
                                               Washington, DC 20001
                                               Tel.: (512) 693-8350
                                               Fax: (512) 727-4755

                                               Katherine C. Yarger* (CO 40387)
                                               LEHOTSKY COHN LLP
                                               700 Colorado Blvd., #407
                                               Denver, CO 80206
                                               Email: katie@lehotskycohn.com
                                               Tel.: (512) 693-8350
                                               Fax: (512) 727-4755

                                               *Counsel for American Fuel & Petrochemical Manufacturers and American Petroleum Institute*

                                               * Application for admission to D.D.C. forthcoming.