# EXHIBIT A

# Case No. 1:26-cv-02185-BAH



# EPA Again Fulfills Its Statutory Obligation by Transmitting Two Additional California Waiver Rules to Congress

July 22, 2026

**Contact Information**
EPA Press Office (press@epa.gov)

**WASHINGTON**    In accordance with the Congressional Review Act (CRA), U.S. Environmental Protection Agency (EPA) transmitted two more California waiver rules to Congress that have given the state the authority to enact its own emission standards for marine vessels and ports critical to America's supply chain for essential goods. EPA has determined that each of these waivers is a rule under the CRA, and because the previous Administration failed to transmit them to Congress, as mandated under the CRA, Congress has not been provided with its statutorily required opportunity to review these rules. Today's action follows EPA's June 2026 transmittal <https://epa.gov/newsreleases/epa-fulfills-statutory-obligation-transmitting-four-california-waiver-rules-congress> of four California waiver rules pertaining to California's emission standards for cars, trucks, lawn mowers, and other equipment used daily by Americans.

*"EPA is once again fulfilling our statutory obligation to submit California waiver rules to Congress. This is what the law requires, and it is our obligation to the American people to follow the best reading of the law every single time,"* **said EPA Administrator Lee Zeldin.** *"This is how we remain accountable to all Americans, instead of picking winners and losers like previous Administrations."*

California is home to some of America's biggest ports; standards that raise costs to the maritime industry operating in the state have a negative trickle down effect to costs of goods across America.

| Waiver Rules Being Transmitted to Congress | Current National Implication of the Waiver Rules |
| --- | --- |
| Ocean Going Vessels At Berth ("CARB at Berth") | This waiver rule imposes stringent port electrification requirements that increase shipping costs, strain port infrastructure, and increase supply chain pressures across the country. |
| Commercial Harbor Craft Amendments | This waiver rule imposes burdensome and unrealistic zero emission requirements on vessels. The maritime industry has faced economic hardship while trying to comply and Americans have suffered through maritime jobs being threatened and prices being raised on goods shipped by sea. |

**Background**

In early 2025, EPA transmitted <https://epa.gov/newsreleases/epa-hails-congressional-disapproval-biden-epas-california-ev-mandate-rule> to Congress three emission waivers granted to California by the Biden Administration. In June 2025, all three CRA resolutions disapproving the vehicle emission waiver rules were signed <https://epa.gov/newsreleases/epa-administrator-zeldin-celebrates-president-trump-officially-ending-californias> into law by President Trump, repealing EV mandates and restoring consumer choice.

Last updated on July 22, 2026