**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF CALIFORNIA, | |
| *Plaintiff,* | |
| v. | Case No. 1:26-cv-02185-BAH |
| U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | |
| *Defendants,* | |
| and | |
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and AMERICAN PETROLEUM INSTITUTE, | |
| *Intervenor-Defendants.* | |

**PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OR STAY AND DEFENDANTS' AND DEFENDANT-INTERVENORS' MOTIONS TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Section 8 of this Court's Standing Order for Civil Cases, Plaintiff State of California (California) respectfully moves the Court for an order rescheduling the hearing on California's Motion for Preliminary Injunction or Stay and Defendants' and Defendant-Intervenors' Motions to Dismiss. The hearing is currently scheduled for August 12, 2026 at 10:00am in Courtroom 26A. California respectfully requests that the hearing be rescheduled to any time convenient for the Court on August 19, 20, or 21 due to California's lead counsel being unavailable August 10 through 17, and EPA's counsel being unavailable the week of August 24, 2026.

1

California continues to seek expeditious resolution of its Motion for Preliminary Injunction or Stay, and appreciates this Court's efforts in that regard, including its order expediting briefing on Defendant-Intervenors' Motion to Dismiss. Unfortunately, California's lead counsel is unavailable on August 12, as explained below. Accordingly, California's counsel has met and conferred with counsel for Defendants and Defendant-Intervenors, pursuant to Local Civil Rule 7(m) and this Court's Standing Order for Civil Cases, about a possible extension to the hearing date. All parties' counsel indicated they are available on August 19, 20, or 21. Defendants agreed to rescheduling the hearing to any of those dates. Defendant-Intervenors take no position on rescheduling.

The undersigned, California's lead counsel, is scheduled to be on leave for a vacation outside of the country from August 10 through August 17, 2026. This trip has been planned since before EPA took the actions challenged here, and non-refundable reservations have been made. Although it would be possible for another attorney at the California Department of Justice to cover the hearing on August 12, I am most familiar with the issues in this case, having led California's briefing on all three motions and having been lead counsel for California on multiple other matters involving Clean Air Act preemption waivers or California emission regulations for more than a decade. *E.g.*, *Rocky Mountain Farmers Union v. Corey*, 730 F.3d 1070, 1077 (9th Cir. 2013); *Ohio v. EPA*, 98 F.4th 288 (D.C. Cir. 2024), *rev'd and remanded in part*, *Diamond Alternative Energy, LLC v. EPA*, 606 U.S. 100 (2025). California respectfully submits that the State and the Court would benefit from having an advocate with this background representing California at the hearing.

The requested brief extension to the hearing date would not prejudice any party. As noted, counsel for all parties have indicated they are available on August 19, 20, and 21. California also anticipates that this brief extension would not meaningfully delay resolution of this case and would serve the interests of California and the Court by ensuring that the most knowledgeable advocates are available to answer the Court's questions.

Accordingly, having established good cause, California respectfully requests that the Court vacate the August 12 hearing and reschedule the hearing to any time that is convenient for the Court on August 19, 20, or 21.

Dated: August 5, 2026                       Respectfully Submitted,

ROB BONTA
Attorney General of California
MYUNG PARK
DAVID ZAFT
Supervising Deputy Attorneys General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
NATALIE COLLINS
KATHERINE GAUMOND
*Deputy Attorneys General*
Office of the Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0299
Email: Elaine.Meckenstock@doj.ca.gov

*Counsel for Plaintiff State of California*

3