**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STATE OF CALIFORNIA, | |
| *Plaintiff,* | |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY *i* LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, | Case No. 1:26-cv-02185-BAH |
| *Defendants,* | |
| and | |
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS and AMERICAN PETROLEUM INSTITUTE, | |
| *Intervenor-Defendants.* | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's unopposed motion to reschedule the hearing on California's Motion for Preliminary Injunction or Stay, Defendants EPA and Administrator Zeldin's Motion to Dismiss, and Defendant-Intervenors American Petroleum Institute and American Fuel & Petrochemical Manufacturers' Motion to Dismiss, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is GRANTED; and it is further

ORDERED that the August 12, 2026 hearing is VACATED; and it is further

1

2

ORDERED that the parties shall appear in-person for a hearing on August __, 2026, at

_____ in Courtroom 26A regarding the pending Motion for Preliminary Injunction or Stay [13]

and Motions to Dismiss [20, 22-5]

IT IS SO ORDERED.

Dated: _____, 2026

                              _____

                              BERYL A. HOWELL
                              United States District Judge