**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF CALIFORNIA,

*Plaintiff,*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

*Defendants*,

and

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, and AMERICAN PETROLEUM INSTITUTE,

*Defendant-Intervenors*.

Case No.: 1:26-cv-02185-BAH

**[PROPOSED] ORDER**

Upon consideration of Plaintiff State of California's motion for leave to supplement the complaint, the memorandum in support, the proposed supplemental complaint, and the entire record before the Court, it is hereby:

(1) ORDERED that the Motion is GRANTED; and it is further

(2) ORDERED that Plaintiff shall file its Supplemental Complaint, attached to the motion for leave as Exhibit A, within one business day of the issuance of this order.

IT IS SO ORDERED.

Dated: _____________, 2026

_________________________
BERYL A. HOWELL
United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with Local Rule 7(k), listed below are the names and addresses of the attorneys entitled to be notified of the proposed order's entry:

*Counsel for Defendants:*
Martha Mann
601 D Street, NW, Room 2434
Washington, DC 20047-7754

Stephen M. Pezzi
1100 L Street NW
Washington, DC 20530

Jeffrey Hughes
150 M Street, NE
Washington, DC 20002

Robert Nolan Stander
950 Pennsylvania Ave., NW
Washington, DC 20530

*Counsel for Defendant-Intervenors:*

Michael B. Schon and Katherine Yarger
200 Massachusetts Ave., NW
Washington, DC 20001

*Counsel for Plaintiff:*

M. Elaine Meckenstock
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550

Natalie Collins
600 West Broadway, Ste. 1800
San Diego, CA 95814

Katherine Gaumond
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102