**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF CALIFORNIA,

*Plaintiff*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LEE ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,

*Defendants,*

and

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, AND AMERICAN PETROLEUM INSTUTITE,

*Defendant-Intervenors*.

Case No. 1:26-cv-02185-BAH

**MOTION TO EXTEND EPA'S DEADLINE TO FILE A STATUS REPORT IN RESPONSE TO THIS COURT'S SEPTEMBER 2, 2026 ORDER**

The United States Environmental Protection Agency and Lee Zeldin (together, "EPA") respectfully request that this Court extend the deadline by one day—to September 22, 2026—for EPA to file a status report in response to this Court's September 2, 2026 order. Dkt. No. 45. In the alternative, EPA respectfully requests an extension of time until September 22, 2026 at 1:00pm to file the required status report. Defendant-intervenors do not oppose the relief requested. California consents to an extension until 1:00pm on September 22, 2026 but not to a longer extension. This is EPA's first request for an extension the deadline to provide a status report; the deadline for EPA to answer and the hearing date on California's motion for a preliminary injunction and EPA's motion to dismiss were previously extended.

The Court ordered EPA to file a status report "summarizing the steps taken to comply" with that order by today, September 21, 2026. Dkt. No. 45. Unexpected, last-minute complications arose with the filing, and EPA was unable to resolve those issues as key decisionmakers were unavailable due to Yom Kippur. Because these issues only became apparent this afternoon, EPA was not able to request an extension four days earlier in accordance with the Court's Standing Order for Civil Cases ¶ 8(b).

No party will be prejudiced by this brief extension. Nor will granting this motion affect any other deadline in this case.

For these reasons, EPA respectfully requests that the Court grant a one-day extension—to September 22, 2026—to file its status report pursuant to this Court's September 2, 2026 order. In the alternative, EPA respectfully requests an unopposed extension until 1:00pm on September 22, 2026 to file its status report.

Dated: September 21, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

STEPHEN M. PEZZI
(DC Bar #995500)
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
stephen.pezzi@usdoj.gov
(202) 305-8576

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
(DC Bar #1028454)
*Deputy Assistant Attorney General*

*<u>/s/ Jeffrey Hughes</u>*
MARTHA C. MANN
(FL Bar #155950)
JEFFREY HUGHES
(NY Bar #5367214)
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
(202) 717-7067 (Stander)
(202) 353-5900 (Mann)
(202) 532-3080 (Hughes)
robert.stander@usdoj.gov
martha.mann@usdoj.gov
jeffrey.hughes@usdoj.gov