**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>*Plaintiff*,<br><br>v.<br><br>LEE ZELDIN, in his official capacity as U.S. Environmental Protection Agency Administrator, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendants*,<br><br>and<br><br>AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS AND AMERICAN PETROLEUM INSTITUTE,<br><br>*Intervenor-Defendants*. | Civil Action No.: 1:26-cv-02185-BAH |

**PROPOSED ORDER**

Upon consideration of Intervenor-Defendants American Fuel & Petrochemical Manufacturers and American Petroleum Institute's Motion for Extension of Time to File Response to Plaintiff's Motion for Summary Judgment, it is, on this ____ day of _______________, 2026,

ORDERED, that American Fuel & Petrochemical Manufacturers and American Petroleum Institute's Motion for Extension of Time to File Response to Plaintiff's Motion for Summary Judgment is granted.

_______________________________

U.S. District Judge