**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

STATE OF CALIFORNIA,

*Plaintiff,*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, and LEE ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

*Defendants*,

and

AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, and AMERICAN PETROLEUM INSTITUTE,

*Defendant-Intervenors*.

Case No.: 1:26-cv-02185-BAH

**OPPOSITION TO MOTIONS TO EXTEND SUMMARY JUDGMENT DEADLINES**

The State of California opposes the motions by Defendants Lee Zeldin and the U.S. Environmental Protection Agency ("EPA"), ECF 73, and by Defendant-Intervenors American Fuel & Petrochemical Manufacturers and the American Petroleum Institute (collectively, "Defendants"), ECF 74, for an extension of time to respond to the State of California's motion for summary judgment, ECF 71.[1]

[1] California respectfully requests that the Court consider this opposition, although under this Court's standing order it was due by 5 PM Eastern today. Two of Plaintiffs' counsel were out of office on Friday (when EPA filed its motion), among other factors that contributed to the delay. In any event, this opposition is timely as to Defendant-Intervenors' motion which was (continued…)

For the reasons stated in its Opposition to Motions to Stay Case Pending Appeal, ECF 70, California opposes Defendants' motions to extend the deadlines for briefing California's summary judgment motion until the Court has resolved Defendants' motions to stay. Specifically, Defendants' motions to extend deadlines—like their requests for a stay of proceedings—would delay prompt resolution of this case, ECF 70 at 3-5; California will be harmed by such delay, *id.* at 7-8; and Defendants have not demonstrated that they would face any harm from the schedule California has proposed or an equally efficient one the parties would negotiate, *id.* at 8.

California also opposes Defendants' requests for seven days to submit a briefing schedule should the Court deny the motions to extend. ECF 73 at 3 ¶ 7; ECF 74 at 4. Seven days is an unnecessary delay given that the parties to this matter have previously negotiated and filed briefing schedules within a single day. *See* Minute Order (June 25, 2026), ECF 15 (filing proposed briefing schedule one day after order to do so); Minute Order (July 11, 2026), ECF 23 (filing proposed briefing schedule two days after order to do so). Further, as noted in Defendants' motions, California has already initiated negotiations by proposing a summary judgment briefing schedule. ECF 73 at 3 n.1; *see also* ECF 74 at 4 ¶ 7. Defendants have not offered a counterproposal, but there is no reason the parties need seven days to complete negotiations. Accordingly, California requests that the Court direct the parties to file a proposed briefing schedule within two days, rather than seven.

Finally, California respectfully informs the Court that on October 19, the United States Court of Appeals for the District of Columbia Circuit issued the following briefing schedule for Defendants' appeals:

| | |
|---|---|
| Federal Appellants' Opening Brief | October 28, 2026 |
| Appendix | October 28, 2026 |
| Industry Appellants' Opening Brief | October 30, 2026 |
| California's Response Brief | December 11, 2026 |
| EPA's Reply Brief | January 8, 2027 |
| Industry Appellants' Reply Brief | January 12, 2027 |

filed earlier today, and it furthers efficiency for California to respond to both motions in this single filing.

Order, USCA Case # 26-5330 (Oct. 19, 2026) (Ex. A). California remains willing (as it always was) to negotiate a schedule for briefing its motion for summary judgment in this Court that moves that motion forward efficiently but does not unduly overlap with the scheduling order issued today by the D.C. Circuit. California believes such a schedule is feasible with briefing before this Court completed by mid-December.

**CONCLUSION**

For the foregoing reasons and the reasons stated in its Opposition to Motions to Stay Case Pending Appeal, ECF 70, California respectfully requests the Court deny Defendants' motions to extend the briefing deadlines on Plaintiff's motion for summary judgment until the Court rules on Defendants' motions to stay.

Dated: October 19, 2026

Respectfully Submitted,

ROB BONTA
Attorney General of California
MYUNG PARK
DAVID ZAFT
Supervising Deputy Attorneys General

*/s/ Natalie Collins*
NATALIE COLLINS
KATHERINE GAUMOND
M. ELAINE MECKENSTOCK
Deputy Attorneys General
Office of the Attorney General
600 W. Broadway, Ste. 1800
San Diego, CA 92101
Telephone: (619) 738-9140
Email: Natalie.Collins@doj.ca.gov

*Counsel for Plaintiff State of California*