# Exhibit A

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5330** **September Term, 2026**

**1:26-cv-02185-BAH**

**Filed On:** October 19, 2026

State of California,

Appellee

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

Appellants

American Fuel & Petrochemical Manufacturers and American Petroleum Institute,

Appellees

------------------------------

Consolidated with 26-5336

**BEFORE:** Pillard, Wilkins, and Garcia, Circuit Judges

**ORDER**

Upon consideration of the federal appellants' motion to expedite, the opposition thereto, the federal appellants' reply, the industry appellants' motion for leave to file a reply, and their lodged reply, it is

**ORDERED** that the industry appellants' motion for leave to file a reply be granted. The Clerk is directed to file the lodged reply. It is

**FURTHER ORDERED** that the following briefing schedule and format will apply in these consolidated cases:

| | |
|---|---|
| Federal Appellants' Opening Brief (not to exceed 10,400 words) | October 28, 2026 |
| Appendix | October 28, 2026 |

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5330** **September Term, 2026**

| | |
|---|---|
| Industry Appellants' Opening Brief<br>(not to exceed 10,400 words) | October 30, 2026 |
| California's Response Brief<br>(not to exceed 20,800 words) | December 11, 2026 |
| EPA's Reply Brief<br>(not to exceed 5,200 words) | January 8, 2027 |
| Industry Appellants' Reply Brief<br>(not to exceed 5,200 words) | January 12, 2027 |

The Clerk is directed to calendar these consolidated cases for oral argument on the first appropriate date following the completion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 44 (2026); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk